UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION AT GREENBELT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*for the use and benefit of*<br>STROMBERG METAL WORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BELL BCI COMPANY, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. L 02 CV 3188<br>)<br>)<br>)<br>) |

**PLAINTIFF'S, STROMBERG METAL WORKS, INC., FIRST SET OF
INTERROGATORIES TO DEFENDANT BELL BCI COMPANY**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, you are requested to answer within thirty (30) days the following interrogatories:

**INTERROGATORY NO. 1:** Identify all persons who may have personal knowledge of the facts and circumstances relevant to Stromberg's Complaint, setting forth the personal knowledge of each individual so identified.

**INTERROGATORY NO. 2:** Identify each person who drafted, participated in drafting, commented upon, or supplied information for use in any response to these interrogatories. For each such person, identify the interrogatory response(s) in which the person was involved and the extent and nature of the involvement.

**INTERROGATORY NO. 3:** Identify all delays (from ground breaking through punch list) to the original Project schedule, including a description of each delay and the reason therefore, the party that you allege is responsible for the delay, the length of the delay, and whether any party to any related contract is claiming damages as a result of the delay. Identify and attach to your response a copy of all related documents.

EXHIBIT A

**INTERROGATORY NO. 4:** Identify the duration that Bell and Stromberg contemplated for Stromberg's contract work at the time the subcontract between Stromberg and Bell was entered into, and explain the factual basis for your answer including an identification of any documents that support your answer.

**INTERROGATORY NO. 5:** Identify any other claims and/or allegations of delay made by any person or entity involved in any manner with the project, including a specific identification of the factual circumstances surrounding such allegation and/or claim and an identification of all documents related thereto.

**INTERROGATORY NO. 6:** With respect to all claims made by Stromberg during the project (whether related to delay, change order work, design deficiencies, or any other cause whatsoever) identify the person at Bell reviewing such claim, and Bell's position with regard to entitlement and quantum.

**INTERROGATORY NO. 7:** If it is your allegation that Stromberg is not entitled to be compensated for delay to the Project, set forth the legal and factual basis for your allegations and identify all documents related thereto.

Respectfully submitted,

By: _____
William M. Huddles (Federal Bar No. 01184)
Edward N. Hershon (Federal Bar No. 22606)
HUDDLES & JONES, P.C.
Overlook Center, Suite 304
5457 Twin Knolls Road
Columbia, MD 21045
(410) 720-0072

Counsel for Plaintiff,
Stromberg Metal Works, Inc.