UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION AT GREENBELT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*for the use and benefit of*<br>STROMBERG METAL WORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BELL BCI COMPANY, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. L 02 CV 3188<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S, STROMBERG METAL WORKS, INC., FIRST REQUEST FOR PRODUCTION OF DOCUMENTS FROM DEFENDANT BELL BCI COMPANY**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, you are requested to produce the following documents within 30 days:

1. Any and all documents relating in any manner to the contract between Bell and Stromberg, including, but not limited to, proposals, bids, correspondence, letters of intent, subcontract forms, change orders, specifications, and drawings.

2. Any and all documents relating to Bell's scheduling for the Project. This request includes, but is not limited to, the schedule upon which Bell based its contract; the original Project schedule; schedule updates; as-built schedules; any documents indicating when any element of work relating to the Project was planned to be performed and/or was actually performed; any documents indicating delay or acceleration by any person or entity, including Bell; any documents relating to any request for time extensions made by you or by any of your subcontractors or suppliers; and any documents relating to any time extensions granted to Bell or granted by Bell to any other person or entity. This request shall also include any and all



EXHIBIT B

scheduling information, schedule updates, schedule look aheads and/or fragnets created electronically, including Primavera.

3. Any and all correspondence, written communication, e-mails, statements, and/or other documents relating in any manner to the Project, whether addressed to, received by, or generated by Bell, USF&G, the Owner, the Architect and/or <u>any other person or entity that had any involvement whatsoever with the Project</u>.

4. All internal memoranda, other internal communications (including, but not limited to e-mails), meeting minutes, diaries, calendars, and personal notes that were generated by, or transmitted to, any person employed by Bell that relate in any manner to the Project.

5. Any and all documents relating in any manner to change orders, request for change orders, request for additional compensation or for equitable adjustment, purchase orders, contracts or agreements between Bell and any other person or entity (including, but not limited to, any of Bell's subcontractors or suppliers) for any work, materials, and/or services relating in any manner to the design or construction of the Project.

6. Any and all documents relating in any manner to the original and any revised budgets, bids, and/or estimates for the Project, whether prepared by Bell or prepared by other persons or entities on behalf of Bell including, but not limited to, any quotations, worksheets, tabulations, or other summaries or documents of any kind.

7. Any and all photographs, videotapes, audiotapes, progress meeting and other meeting minutes, diaries, logs, memoranda, punchlists, inspection reports, daily reports, correspondence, statements, other reports or notes, and/or any other document relating in any manner to the design or construction of the Project, including such documents prepared by Bell and/or prepared

by any other person or entity, including but not limited to, Bell's project management team, onsite representatives, consultants, inspectors, agents, the Owner, architect, and/or any engineers.

8. Any and all releases, waivers and/or agreements that do or may be construed to extinguish any liability to Bell with respect to the design, development, or construction of the Project.

Respectfully submitted,

By: _____
William M. Huddles (Federal Bar No. 01184)
Edward N. Hershon (Federal Bar No. 22606)
HUDDLES & JONES, P.C.
Overlook Center, Suite 304
5457 Twin Knolls Road
Columbia, MD 21045
(410) 720-0072

Counsel for Plaintiff,
Stromberg Metal Works, Inc.