UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION AT GREENBELT

UNITED STATES OF AMERICA )
*for the use and benefit of* )
STROMBERG METAL WORKS, INC., )
)
              Plaintiff, )
)
v. )         Civil Action No. L 02 CV 3188
)
BELL BCI COMPANY, et al. )
)
            Defendants. )

## PLAINTIFF'S, STROMBERG METAL WORKS, INC., FIRST REQUEST FOR ADMISSIONS TO DEFENDANT BELL BCI COMPANY

Plaintiff, Stromberg Metal Works, Inc. ("SSM"), pursuant to Federal Rules of Civil Procedure 36, by its undersigned counsel, requests Defendant Bell BCI Company ("Bell") to admit or deny the following Requests for Admission within thirty (30) days.

ADMISSION NO. 1:      The document attached hereto as Exhibit A is a true and accurate copy of Contract Modification No. 093 between Bell and the Government.

ADMISSION NO. 2:      Contract Modification No. 093 dated October 2, 2000, settled with the Government Stromberg's claims for all delays resulting from any and all Government changes transmitted to Bell on or before August 31, 2000.

ADMISSION NO. 3:      Bell did not consult with SSM regarding the settlement that resulted in Contract Modification 093.

ADMISSION NO. 4:      Bell failed to notify Stromberg of the settlement reached between Bell and the Government which resulted in Contract Modification 093.



EXHIBIT

C

**ADMISSION NO. 5:**    The Contracting Officer's Final Decision, dated July 1, 2002, denies Bell's claim for an equitable adjustment and time extension on the basis that Contract Modification No. 093 expressly released the Owner from any charges transmitted to Bell on or before August 31, 2000.

**ADMISSION NO. 6:**    Stromberg was delayed a total of 641 days in the completion of its ·work as a result of changes to its scope of work.

**ADMISSION NO. 7:**    By executing Contract Modification 093, Bell expressly released the Government from all delays resulting from any and all Government changes transmitted to Bell on or before August 31, 2000.

**ADMISSION NO. 8:**    Bell has not issued SSM any subcontract Change Orders extending the time for the completion of SSM's subcontract work.

Respectfully submitted,

By: _____

William M. Huddles (Federal Bar No. 01184)
Edward N. Hershon (Federal Bar No. 22606)
**HUDDLES & JONES, P.C.**
Overlook Center, Suite 304
5457 Twin Knolls Road
Columbia, MD  21045
(410) 720-0072

Counsel for Plaintiff,
Stromberg Metal Works, Inc.