UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION AT GREENBELT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*for the use and benefit of*<br>STROMBERG METAL WORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BELL BCI COMPANY<br><br>and<br><br>UNITED STATES FIDELITY AND<br>GUARANTY COMPANY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. L 02 CV 3188<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### REQUEST FOR HEARING

Stromberg Metal Works, Inc., Plaintiff, requests this Honorable Court grant an oral hearing pursuant to Rule 105(6) of the Local Rules of the Federal Rules of Civil Procedure on its Motion for Leave to Serve Discovery Upon Defendant, Bell BCI Company.

Respectfully submitted,

**HUDDLES & JONES, P.C.**

By: _____
William M. Huddles (Federal Bar No. 01184)
Edward N. Hershon (Federal Bar No. 22606)
HUDDLES & JONES, P.C.
Overlook Center, Suite 304
5457 Twin Knolls Road
Columbia, MD 21045
(410) 720-0072

Counsel for Plaintiff, Stromberg Metal Works, Inc.

## CERTIFICATE OF SERVICE

I hereby certify on this __16th__ day of April, 2003, that I caused a true copy of the foregoing Request for Hearing to be served via first-class mail, postage prepaid, on counsel for defendants:

> Richard O. Wolf, Esquire
> Charlie C. H. Lee, Esquire
> MOORE & LEE, LLP
> Suite 1450
> 1750 Tysons Boulevard
> McLean, VA  22102-4225

_____
Edward N. Hershon