IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| for the use and benefit of | : | |
| STROMBERG METAL WORKS, INC. | : | |
| | : | |
| v. | : | CIVIL NO. L-02-3188 |
| | : | |
| BELL BCI COMPANY, et al. | : | |

**ORDER**

Pending before the Court is Defendants' Motion to Dismiss, or in the Alternative, to Stay this Action Pending the Exhaustion of Mandatory Disputes Procedures (Docket No. 4), and Plaintiff's Motion for Leave of Court to Serve Discovery Upon Defendant, Bell BCI Company (Docket No. 11).

For the reasons stated in the Memorandum of even date, the Court hereby:

(i)　DENIES Defendants' motion as it pertains to Count I of Plaintiff's Complaint;

(ii)　DENIES Defendants' motion as it pertains to Count II of Plaintiff's Complaint, without prejudice to refiling at the close of discovery;

(iii)　DENIES AS MOOT Plaintiff's motion; and

(iv)　ORDERS Defendant BELL BCI Company to serve its answer to Plaintiff's Complaint within 10 days after receipt of this Order.

It is so ORDERED this 23rd day of June, 2003.

_____/s/_____
Benson Everett Legg

Chief Judge