IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| for the use and benefit of | : | |
| STROMBERG METAL WORKS, INC. | : | |
| | : | |
| v. | : | CIVIL NO. L-02-3188 |
| | : | |
| BELL BCI COMPANY, et al. | : | |

### Order for Rule 26(f) Planning Meeting

Counsel shall hold a Rule 26(f) planning meeting. Unless Counsel are more than 60 miles apart, they must meet face-to-face. On or before July 9, 2003, Counsel shall submit a joint proposed discovery plan, which will address the following:

A. exchange of documents. Specifically, the parties shall determine (i) what categories of documents they will exchange and (ii) a timeline for doing so;

B. interrogatories. Specifically, the parties shall determine (i) how many interrogatories will be allowed, (ii) when they will be submitted to the other side, and (iii) when they will be answered;

C. depositions. Specifically, (i) who will be deposed, (ii) how many hours will be allowed per side, and (iii) when the depositions will occur;

D. timelines for Rule 26(a)(1) disclosures, or whether the parties would prefer to dispense with these disclosures;

E. experts. Specifically, (i) the types and number of experts the parties expect to use, (ii) when expert reports will be exchanged and (iii) when experts will be deposed;

F. a deadline for the close of discovery;

G. whether the parties wish to appear before a United States Magistrate Judge for a settlement conference, and if so, at what point in the litigation;

H. whether the parties will consent to a trial before a United States Magistrate Judge;

I. whether dispositive motions are anticipated, and if so, what arguments will be raised;

J.      a brief description (no more than two pages per side) of the case, including all claims and defenses; and

K.      whether Counsel wish the Court to set a trial date now or whether the date should be set after dispositive motions are decided.  Also, Counsel shall set forth the expected length of trial and whether a jury will be requested.

Attached, the parties will find a draft copy of a form scheduling order.

In most cases, the Court will allow between four and six months for discovery.

**Courtesy copies of any motions or other papers filed with the Clerk should not be provided to chambers without permission of the Court.**

*NO FAXES FOR ANY REASON WILL BE ACCEPTED*.

Once the case is closed, the chambers file will be discarded.  It is important, therefore, that counsel file in the Office of the Clerk all letters and other documents that they wish to be included as part of the official court file.

**EXCEPT IN EXCEPTIONAL CIRCUMSTANCES, COUNSEL SHOULD COMMUNICATE WITH MY CHAMBERS IN WRITING RATHER THAN BY TELEPHONE**.

It is so ORDERED this 23rd day of June, 2003.

_____/s/_____
Benson Everett Legg
Chief Judge