IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| for the use and benefit of | : | |
| STROMBERG METAL WORKS, INC. | : | |
| | : | |
| v. | : | CIVIL NO. L-02-3188 |
| | : | |
| BELL BCI COMPANY, et al. | : | |

**ORDER**

**I.     Schedule**

The Court hereby approves of, and adopts the deadlines set forth in, the parties' Joint Proposed Discovery Plan. In addition, the Court imposes the following deadlines:

| | |
|---|---|
| Moving for joinder of additional parties and amendment of pleadings: | September 8, 2003 |
| Rule 26(e)(2) supplementation of disclosures and responses: | December 12, 2003 |
| Submission of status report: | January 9, 2004 |
| Requests for admissions: | January 16, 2004 |
| Dispositive pretrial motions deadline: | February 17, 2004 |

**II.     Status Report**

The parties shall file in chambers only (not with the Clerk) on the day of the discovery deadline a status report covering the following matters:

    a.  Whether discovery has been completed;

    b.  Whether any motions are pending;

    c.  Whether any party intends to file a dispositive pretrial motion;

    d.  Whether the case is to be tried jury or non-jury and the anticipated length of trial;

    e.  A certification that the parties have met to conduct serious settlement negotiations; and the date, time and place of the meeting and the names of all persons participating therein;

    f.  Whether each party believes it would be helpful to refer this case to another judge of this court for a settlement or other ADR conference, either before or after the resolution of any dispositive pretrial motion;

    g.  Whether all parties consent, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge conduct any further proceedings in this case, either before or after the resolution of any dispositive pretrial motion, including trial (jury or non-jury) and entry of final judgment.

    h.  Any other matter which you believe should be brought to the court's attention.

**III.**  **Deposition Hours**

Please confer with one another and report to me within 14 days of the date of this Order concerning the number of hours of depositions which you believe is appropriate. If I have not heard from you by that date, each side shall be limited to <u>fifteen (15)</u> hours of depositions of fact witnesses (including parties). (If you agree to another number of deposition hours and notify me of your agreement, you may consider your agreement approved unless you hear from me to the contrary within 10 days.) If there are two or more parties on a particular side, they must share the deposition time allotted to their side unless upon your request I otherwise rule. Any colloquy engaged in by counsel shall be counted against his/her client's deposition time.

It is so ORDERED this 24th day of July, 2003.

                                                                                                   _____/s/_____
                                                                                                    Benson Everett Legg
                                                                                                    Chief United States District Judge