UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION AT GREENBELT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*for the use and benefit of*<br>STROMBERG METAL WORKS, INC., | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>)<br>) | Civil Action No. L 02 CV 3188 |
| BELL BCI COMPANY, et al. | )<br>)<br>) | |
| Defendants. | ) | |

PLAINTIFF'S, STROMBERG METAL WORKS, INC.,
NOTICE OF SERVICE OF DISCOVERY

I hereby certify on this 31st day of July, 2003, that I caused a true copy of Plaintiff's Stromberg Metal Works, Inc., First Request For Admissions to Defendant Bell BCI Company, Plaintiff's, Stromberg Metal Works, Inc., First Request For Production of Documents From Defendant Bell BCI Company and Plaintiff's, Stromberg Metal Works, Inc., First Set of Interrogatories to Defendant Bell BCI Company upon Defendants, Bell BCI and United States Fidelity & Guaranty Company to be served via first-class mail, postage prepaid, on counsel for Defendants:

Richard O. Wolf, Esquire
Charlie C. H. Lee, Esquire
MOORE & LEE, LLP
Suite 1450
1750 Tysons Boulevard
McLean, VA 22102-4225

Respectfully submitted,

By: _____
William M. Huddles (Federal Bar No. 01184)
Edward N. Hershon (Federal Bar No. 22606)
**HUDDLES & JONES, P.C.**
Overlook Center, Suite 304
5457 Twin Knolls Road
Columbia, MD  21045
(410) 720-0072

Counsel for Plaintiff,
Stromberg Metal Works, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify on this 31st day of July, 2003, that I caused a true copy of the foregoing Plaintiff's, Stromberg Metal Works, Inc. Notice of Service of Discovery to be served via first-class mail, postage prepaid, on counsel for defendants:

Richard O. Wolf, Esquire
Charlie C. H. Lee, Esquire
MOORE & LEE, LLP
Suite 1450
1750 Tysons Boulevard
McLean, VA  22102-4225

_____
Edward N. Hershon