UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION AT GREENBELT

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>*for the use and benefit of* )<br>STROMBERG METAL WORKS, INC. )<br>            )<br>      Plaintiff,   )<br>            )<br>v.          )<br>            )<br>BELL BCI COMPANY, *et al.*,   )<br>            )<br>      Defendants.  )<br>            ) | Civil Action No. L 02 CV 3188 |

### DEFENDANTS' REPORT REGARDING DEPOSITION HOURS

Pursuant to the Court's Order, the Defendants, BELL BCI Company and United States Fidelity and Guaranty Company ("Defendants"), respectfully submit this report regarding deposition hours. Counsel for the parties conferred and agreed that each side would take between four (4) and six (6) depositions of fact witnesses. Counsel for the parties, however, were unable to reach an agreement regarding the number of hours for the depositions.

Defendants submit that a reasonably adequate allotment of deposition hours would be to allow each side up to forty-two (42) hours of depositions apiece, with a maximum of seven (7) hours for any individual deponent. Plaintiff's counsel indicated that Plaintiff would request substantially more hours of depositions as well as permission for one or more of the individual depositions to exceed seven (7) hours.

Defendants believe that the Plaintiff's plan is unnecessary because this case does not require such lengthy depositions.  This is a construction contract dispute that does not need any fact witness to be deposed for more than one day (*i.e.*, seven (7) hours).

WHEREFORE, the Defendants respectfully request that the Court permit each side to take up to forty-two (42) hours of depositions, with a maximum of seven (7) hours for any individual deponent.

        Respectfully submitted,

        BELL BCI COMPANY

        By counsel:

        */s/  Richard O. Wolf*
        Richard O. Wolf (FBN 04989)
        MOORE & LEE, LLP
        1750 Tysons Boulevard, Suite 1450
        McLean, Virginia  22102-4225
        Telephone:  (703) 506-2050
        Facsimile:  (703) 506-2051

Dated: August 7, 2003        E-Mail:  r.wolf@mooreandlee.com

Of Counsel:

Charlie C.H. Lee
MOORE & LEE, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia  22102-4225
Telephone:  (703) 506-2050
Facsimile:  (703) 506-2051
E-Mail:  c.lee@mooreandlee.com