UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION AT GREENBELT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*for the use and benefit of*<br>STROMBERG METAL WORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BELL BCI COMPANY, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. L 02 CV 3188<br>)<br>)<br>)<br>) |

**PLAINTIFF, STROMBERG METAL WORKS, INC.'S**
**NOTICE OF SERVICE OF DISCOVERY**

I hereby certify that on this 7th day of August, 2003, that I caused a true copy of the foregoing Plaintiff's Second Request For Admissions to Defendant Bell BCI Company to be served via first-class mail, postage prepaid, on counsel for Defendants:

Richard O. Wolf, Esquire
Charlie C. H. Lee, Esquire
Moore & Lee, LLP
Suite 1450, 1750 Tysons Boulevard
McLean, Virginia 22102-4225

Respectfully submitted,

By: _____
William M. Huddles (Federal Bar No. 01184)
Edward N. Hershon (Federal Bar No. 22606)
HUDDLES & JONES, P.C.
Overlook Center, Suite 304
5457 Twin Knolls Road
Columbia, MD 21045
(410) 720-0072

Counsel for Plaintiff,
Stromberg Metal Works, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this ___7th___ day of August, 2003, that I caused a true copy of the foregoing Plaintiff, Stromberg Metal Works, Inc.'s Notice of Service of Discovery to be served via first-class mail, postage prepaid, on counsel for Defendants:

>   Richard O. Wolf, Esquire
>   Charlie C. H. Lee, Esquire
>   Moore & Lee, LLP
>   Suite 1450
>   1750 Tysons Boulevard
>   McLean, Virginia 22102-4225

_____
Edward N. Hershon