UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**BENSON EVERETT LEGG**  101 West Lombard Street
Chief Judge  Baltimore, Maryland 21201
  410-962-0723

August 18, 2003

MEMORANDUM TO COUNSEL RE:   United States of America f/u/b Stromberg
  Metal Works, Inc. v. Bell BCI Company, et al.
  Civil No. L-02-3188

Dear Counsel:

I am in receipt of Counsel's reports regarding deposition hours. Plaintiff requests approval for a total of 75 hours of fact depositions per side, while Defendants believe that 42 hours a side is appropriate. While the deposition hours requested by Counsel may prove necessary, they seem high given the allegations of the complaint.

I hereby authorize thirty (30) hours per side. Please use that allotment. If you need more, please submit a written request describing (i) the paper discovery taken to date, (ii) the depositions taken to date, including the length of each, (iii) the deposition(s) remaining, including the need for and anticipated length of each, (iv) specific dates for the anticipated deposition(s), and (v) whether opposing counsel agrees to the request.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

Benson Everett Legg

c:  Court file