UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION AT GREENBELT

FILED
2003 OCT -9  A 10: 39

ALT

UNITED STATES OF AMERICA
*for the use and benefit of*
STROMBERG METAL WORKS, INC.,

       Plaintiff,

v.

BELL BCI COMPANY, et al.

       Defendants.

Civil Action No. L 02 CV 3188

### STIPULATION AND ORDER EXTENDING TIME

It is stipulated and agreed by and between the Plaintiff, Stromberg Metal Works, Inc. ("Stromberg"), and Defendants, Bell BC Company and United States Fidelity and Guaranty Company, that the time for Stromberg to submit its expert report is hereby extended to and including November 14, 2003  The time for defendants to submit any rebuttal expert report shall be extended up to and including December 15, 2003, and the time for Plaintiff to submit any reply to any rebuttal expert report shall be extended up to and including December 30, 2003

/S/ Edward N. Hershon
William M. Huddles, Bar No. 01184
Edward N. Hershon, Bar No. 22606
Overlook Center, Suite 304
5457 Twin Knolls Road
Columbia, Maryland 21045
Telephone (301) 621-4120
Facsimile (301) 621-4473
E-Mail: hershon@bipc.com

Counsel for Plaintiff

Dated  October 8, 2003

/S/ Richard O. Wolf
Richard O. Wolf, Bar No. 04989
Moore & Lee, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia 22102
Telephone (703) 506-2050
Facsimile (703) 506-2051
E-Mail: r.wolf@mooreandlee.com

Counsel for Defendants

SO ORDERED

_____
Benson E. Legg
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify on this 2nd day of October, 2003, that I caused a true copy of the foregoing Stipulation and Order Extending Time to be served via facsimile and first-class mail, on counsel for defendants:

>Richard O. Wolf, Esquire
>MOORE & LEE, LLP
>Suite 1450
>1750 Tysons Boulevard
>McLean, VA  22102-4225
>Facsimile (703) 506-2051

>_/S/ Edward N. Hershon_