**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION AT GREENBELT**

<table>
<tr><td>‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾</td><td>)</td><td></td></tr>
<tr><td>UNITED STATES OF AMERICA</td><td>)</td><td></td></tr>
<tr><td><em>for the use and benefit of</em></td><td>)</td><td></td></tr>
<tr><td>STROMBERG METAL WORKS, INC.</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>Plaintiff,</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td><strong>Civil Action No. L 02 CV 3188</strong></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>BELL BCI COMPANY, <em>et al.</em>,</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>Defendants.</td><td>)</td><td></td></tr>
<tr><td>‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾</td><td>)</td><td></td></tr>
</table>

**DEFENDANTS' MOTION FOR ENTRY OF AN ORDER REGARDING**
**CONFIDENTIALITY OF DISCOVERY MATERIAL**

Pursuant to Local Rule 104.13 and Appendix D thereto, the defendants, BELL BCI

Company ("BELL") and United States Fidelity and Guaranty Company ("USF&G") (hereinafter

collectively referred to as "Defendants"), respectfully move the Court for entry of an Order

Regarding Confidentiality of Discovery Materials ("Order").  Attached as Exhibit A hereto is a

proposed Order that is modeled verbatim on the "Stipulated Order Regarding Confidentiality of

Discovery Material" set forth in Appendix D to the Court's Local Rules.  In support of their

Motion, Defendants state the following:

1.     On September 29, 2003, counsel for Defendants transmitted, verbatim, the form

"Stipulated Order Regarding Confidentiality of Discovery Material" set forth in Appendix D to

the Court's Local Rules to counsel for the plaintiff, Stromberg Metal Works, Inc. ("Stromberg"),

and requested Stromberg to stipulate to the terms set forth therein.

2.      On October 16, 2003, counsel for Stromberg orally advised counsel for the
Defendants that Stromberg would not sign the form "Stipulated Order Regarding Confidentiality
of Discovery Material" set forth in Appendix D to the Court's Local Rules.  Stromberg's counsel
further stated that Defendants would have to file a Motion with the Court, because Stromberg
asserted that no confidentiality agreement of any sort was needed.

3.      Defendants' Motion and the proposed Order attached hereto as Exhibit A asks the
Court to enter an Order that contains, verbatim, the terms of the "Stipulated Order Regarding
Confidentiality of Discovery Material" set forth in Appendix D to the Court's Local Rules.

4.      The parties have served requests to produce documents.  Stromberg, however, has
not yet produced any documents to the Defendants.  The Defendants have not yet produced
documents to Stromberg.

5.      Stromberg has served extraordinarily broad discovery requests upon BELL and
has demanded, literally, every piece of paper "relating to" the construction project underlying
this dispute.[1]

6.      Defendants submit that good cause exists for entry of the proposed Order because
it adopts, verbatim, the procedures for handling confidential information and any disputes related
thereto that this Court has  accepted pursuant to Appendix D of the Local Rules.  Stromberg will
not be prejudiced by entry of the proposed Order because, pursuant to ¶ 4 therein, Stromberg can
challenge any Confidentiality designation that Defendants might make.

7.      In accordance with Local Rule 104.7, a Certificate regarding the efforts made by
Defendants' counsel to resolve this dispute prior to filing this Motion is set forth below.

---

[1]      BELL timely objected to the overbreadth of Stromberg's discovery requests.  Thereafter, on October 10,
2003, Stromberg filed a Motion to Compel.  BELL's response to Stromberg's Motion to Compel is due October 27,
2003.

WHEREFORE, for the foregoing reasons, Defendants respectfully move the Court for entry of the attached proposed Order Regarding Confidentiality of Discovery Materials, and for such other relief as the Court deems just and proper.

Respectfully submitted,

BELL BCI COMPANY and
UNITED STATES FIDELITY AND GUARANTY CO.

By counsel:

/s/   Richard O. Wolf
Richard O. Wolf  (FBN 04989)
MOORE & LEE, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia  22102-4225
(703) 506-2050  Telephone
(703) 506-2051  Facsimile
Dated: October 17, 2003                              E-mail:  r.wolf@mooreandlee.com

Of Counsel:

Charlie C.H. Lee
MOORE & LEE, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia  22102-4225
(703) 506-2050

### LOCAL RULE 104.7 CERTIFICATE

I hereby certify that I made sincere attempts to resolve this discovery dispute with Stromberg's counsel, Edward N. Hershon, Esquire.  These attempts included electronic correspondence sent to Mr. Hershon on September 29, 2003 and October 9, 2003, as well as a telephone call with Mr. Hershon on October 16, 2003.  The issue remaining to be resolved is addressed in this Motion.

/s/   Richard O. Wolf
Richard O. Wolf  (FBN 04989)

- 3 -