# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                    Reply to Northern Division Address

October 30, 2003

Richard O. Wolf
1750 Tysons Blvd Ste 1450
McLean, VA 22102-4225

                    Re:    Case No. L-02-3188

Dear Counsel/Party:

      Your Response in opposition to Motion to compel was filed electronically on 10/23/03; however, it is deficient in the area(s) checked below. The link to the document has been reset so that non-court users may not access it and the docket text has been modified to indicate that it was filed in error.

**Failure to meet requirements of Local Rules 104, 105, and Fed.R.Civ.P. 5:**
- ☐ Discovery material received.
- ☒ Motion to Compel filed - not in accordance with Local Rule 104.8.
- ☐ Discovery motion filed - not in accordance with Local Rule 104.7.

**Failure to meet requirements of Local Rule 102 & Fed.R.Civ.P. 5:**
- ☐ A Certificate of Service indicating how service was made on parties not receiving electronic notification has not been filed.
- ☐ Attachments or exhibits missing.

**Miscellaneous:**
- ☐ Other. _____

                    Very truly yours,

                    Benson Legg
                    United States District Judge

cc: Other counsel/party

U.S. District Court (Rev. 3/3/2003) - Filed in error Letter - Judge's version

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov