UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION AT GREENBELT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*for the use and benefit of* )<br>STROMBERG METAL WORKS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BELL BCI COMPANY, et al. )<br>)<br>Defendants. ) | Civil Action No. L 02 CV 3188 |

**PLAINTIFF, STROMBERG METAL WORKS, INC.'S,
OPPOSITION TO MOTION FOR ENTRY OF ORDER REGARDING
CONFIDENTIALITY OF DISCOVERY MATERIAL**

Plaintiff, Stromberg Metal Works, Inc., ("Stromberg") by undersigned counsel, files its Opposition to Defendants, Bell BCI Company's ("Bell") and United States Fidelity & Guaranty Company's ("USF&G") Motion for Entry of an Order Regarding Confidentiality of Discovery Material and in support of states as follows:

1. This is a Miller Act case (40 U.S.C. § 270 et. seq., now found at 40 U.S.C. § 3133 et. seq.) in which Stromberg is seeking payment from Bell, the general contractor and USF&G, the payment bond surety, for unpaid contract balances, compensation for extra work performed and costs incurred as a result of delays and impacts to Stromberg's work.

2. Bell and USF&G are seeking a blanket confidentiality order regarding discovery materials in this case.

3. Stromberg is not aware of any information it has requested through discovery that would constitute a trade secret, confidential research, development or other confidential commercial information.

4. Bell and USF&G have not identified previously and have not identified in their motion, any specific document, documents or information whatsoever that they consider to be a trade secret, confidential research, development, or other commercial information.

5. As such, an order regarding confidentiality of discovery is not necessary or appropriate. *See* Fed.R.Civ.P. 26(c)(7) (providing for the entry of a protective order as to information which is "a trade secret, or other confidential research, development, or commercial information").  *See also* Local Rule 104.13 cross referencing Fed.R.Civ.P. 26(c). [1]

Respectfully submitted,


By: _/S/ Edward N. Hershon_____
William M. Huddles (Federal Bar No. 01184)
Edward N. Hershon (Federal Bar No. 22606)
HUDDLES & JONES, P.C.
Overlook Center, Suite 304
5457 Twin Knolls Road
Columbia, MD  21045
(410) 720-0072

Counsel for Plaintiff, Stromberg Metal Works, Inc.

Dated:  October 31, 2003

---

[1] Dealing with such orders increases the costs of litigation and should not be entered unless there is a sound justification for doing so.

**CERTIFICATE OF SERVICE**

  I hereby certify on this 31st day of October, 2003, that I caused a true copy of the foregoing Plaintiff's Opposition to Motion for Entry of Order Regarding Confidentiality of Discovery Material to be served via first-class mail, postage prepaid, on counsel for defendants:

    Richard O. Wolf, Esquire
    Charlie C. H. Lee, Esquire
    MOORE & LEE, LLP
    Suite 1450
    1750 Tysons Boulevard
    McLean, VA  22102-4225


            /S/ Edward N. Hershon
            Edward N. Hershon