UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION AT GREENBELT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*for the use and benefit of*<br>STROMBERG METAL WORKS, INC.<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>BELL BCI COMPANY, *et al.*,<br><br>Defendant/Counter-Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. L 02 CV 3188<br>)<br>)<br>)<br>)<br>) |

**AMENDED NOTICE OF SERVICE OF BELL BCI COMPANY'S
OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

Pursuant to Local Rule 104.8, BELL BCI Company hereby gives notice that, on October 23, 2003, it served plaintiff's counsel with BELL's Opposition to Plaintiff's Motion to Compel. Pursuant to Section III.C.10.e of the Court's Electronic Filing Requirements and Procedures, a copy of BELL's Opposition to Plaintiff's Motion to Compel is attached hereto.

        Respectfully submitted,

        BELL BCI COMPANY

        By counsel:

        */s/ Richard O. Wolf*
        Richard O. Wolf   (FBN 04989)
        MOORE & LEE, LLP
        1750 Tysons Boulevard, Suite 1450
        McLean, Virginia  22102-4225
        Telephone:  (703) 506-2050
        Facsimile:  (703) 506-2051
Dated: November 3, 2003        E-Mail:  r.wolf@mooreandlee.com