<u>Ex. 1</u>

**Answer No. 4:**     Part I – Delay /Extended Contract Performance Costs

| | |
|---|---:|
| Delay Costs 1/1/00 – 8/31/00 – 243 Days | $ 354,399.85 |
| Delay Costs 9/1/00 – 4/30/01 – 241 Days | $ 351,482.98 |
| Delay Costs 5/1/01 – 10/5/01 - 157 Days | $ 228,974.39 |
| **Subtotal Delay Costs** | **$ 934,557.22** |

Part II – Labor Impact Costs

| | |
|---|---:|
| Impact Costs 4/1/98 – 8/31/00 | $ 738,642.08 |
| Impact Costs 9/1/00 – 10/5/01 | $  16,413.59 |
| **Subtotal Labor Impact Costs** | **$ 755,055.66** |

| | |
|---|---:|
| **Subtotal Stemming from Impact & Delay** | $1,689,912.89 |
| Extra work and unpaid contract balances: | $    66,817.11 |
| **Total Claim Amount:** | **$1,756,730.00*** |

* This claim amount maybe subject to amendment pending analysis by Stromberg's experts.