**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
SOUTHERN DIVISION AT GREENBELT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *for the use and benefit of* STROMBERG METAL WORKS, INC.<br><br>Plaintiff,<br><br>v.<br><br>BELL BCI COMPANY, *et al.*,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. L 02 CV 3188 |

**REPLY MEMORANDUM IN SUPPORT OF
DEFENDANTS' MOTION FOR ENTRY OF AN ORDER REGARDING
CONFIDENTIALITY OF DISCOVERY MATERIAL**

Pursuant to Local Rule 104, the defendants, BELL BCI Company ("BELL") and United States Fidelity and Guaranty Company ("USF&G") (hereinafter collectively referred to as "Defendants"), respectfully submit this Reply Memorandum in Support of Defendants' Motion for Entry of an Order Regarding Confidentiality of Discovery Materials ("Order").  Defendants' Motion sought entry of an Order that adopts, verbatim, the terms and conditions of the Stipulated Order Regarding Confidentiality of Discovery Material" set forth in Appendix D to the Court's Local Rules.  (*See* Defendants' Motion, ¶ 6).  Pursuant to that proposed Order, if either party designated discovery materials as confidential, the other party could object and the burden of establishing confidentiality would rest with the party making the designation.  (*See* Defendants' Motion, Ex. A, proposed Order, ¶ 4).

I.  **STROMBERG'S ASSERTION THAT DEFENDANTS HAVE SOUGHT A "BLANKET" ORDER TO TREAT ALL DISCOVERY AS CONFIDENTIAL IS INCORRECT**

The Opposition filed by the plaintiff, Stromberg Metal Works, Inc. ("Stromberg"), is based entirely on the assertion that Defendants "are seeking a blanket confidentiality order regarding discovery materials in this case." (*See* Stromberg's Opposition, ¶ 2 at p. 1). Stromberg's assertion is utterly incorrect. Defendants have <u>not</u> sought to treat all discovery materials as confidential. To the contrary, to date Defendants have produced documents, answered interrogatories and two separate requests for admission without seeking to have that information treated as "confidential." There has never been any attempt to designate all discovery as confidential.

Defendants' Motion seeks only to have in place an approved mechanism for dealing with disputes that could arise regarding discovery that contains confidential information. Indeed, before it filed its Opposition, Stromberg was fully aware that Defendants' Motion merely wanted to employ "procedures that are taken verbatim from the Court's Local Rules and that provide a proven mechanism for dealing with disputes that could arise." (*See* Ex. 1 hereto, Letter to Stromberg's Counsel dated October 21, 2003).

Furthermore, as noted in Defendants' Motion, Stromberg has served extraordinarily broad discovery requests upon BELL and has demanded, literally, every piece of paper "relating to" the construction project underlying this dispute.[1] (*See* Defendants' Motion, ¶ 5). While Defendants maintain that Stromberg's discovery requests are overbroad and should be denied, out of an abundance of caution, Defendants sought Stromberg's consent to stipulating to the form confidentiality agreement set forth in Appendix D to the Local Rules. Stromberg, however,

---

[1] Stromberg's demands are the subject of motion to compel that has not yet been decided by the Court.

refused to enter into any stipulation. (*See* Defendants' Motion, ¶¶ 1-2). Accordingly, Defendants had no choice but to file their Motion.

**II.   CONCLUSION**

Because the stated basis for Stromberg's objection is incorrect, and because Stromberg can challenge any confidentiality designation that Defendants would make in the future, Defendants' Motion should be granted.

                                                        Respectfully submitted,

BELL BCI COMPANY and
UNITED STATES FIDELITY AND GUARANTY CO.

By counsel:

 /s/   Richard O. Wolf
Richard O. Wolf  (FBN 04989)
MOORE & LEE, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia  22102-4225
(703) 506-2050  Telephone
(703) 506-2051  Facsimile
E-mail:  r.wolf@mooreandlee.com

Dated: November 3, 2003

Of Counsel:

Charlie C.H. Lee
MOORE & LEE, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia  22102-4225
(703) 506-2050