# Ex. 1

**Ex. 1**

# MOORE & LEE, LLP

ATTORNEYS AT LAW

1750 Tysons Boulevard, Suite 1450
McLean, Virginia 22102-4225

Telephone (703) 506-2050
Facsimile (703) 506-2051
www.mooreandlee.com

Richard O. Wolf

October 21, 2003

Via Facsimile and First-Class Mail

Edward N. Hershon, Esquire
Huddles & Jones, P.C.
Overlook Center, Suite 304
5457 Twin Knolls Road
Columbia, Maryland 21045

Re: U.S.A. *f.u.b. of* Stromberg Metal Works, Inc. v. BELL BCI Company, *et al.*

Dear Ed:

In response to your letter of October 16, 2003, that sought to memorialize our letter of that date, I again confirm that BELL will produce documents for inspection and copying this week. The documents will be available for inspection at our office starting this Thursday, October 23, 2003. Please let me know when you want to inspect the documents.

With regard to Stromberg's production of its documents, I want to inspect the documents this Friday, October 24, 2003. Please tell me where the documents will be made available for inspection.

Finally, needless to say I disagree with your assertions regarding the Joint Stipulation Regarding Confidentiality of Discovery Materials. I am mystified why you chose not to consent to procedures that are taken verbatim from the Court's Local Rules and that provide a proven mechanism for dealing with disputes that could arise

Very truly yours,

MOORE & LEE, LLP

Richard O. Wolf

Encl.