UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION AT GREENBELT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *for the use and benefit of* | ) | |
| STROMBERG METAL WORKS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. L 02 CV 3188 |
| | ) | |
| BELL BCI COMPANY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED NOTICE OF SERVICE OF PLAINTIFF,
STROMBERG METAL WORKS, INC.'S MOTION TO COMPEL**

Pursuant to Local Rule 104.8, Stromberg Metal Works, Inc. hereby gives notice that, on October 10, 2003, it served Defendant's counsel with Stromberg Metal Works, Inc.'s Motion to Compel. Pursuant to Section III.C.14.c of the Court's Electronic Filing Requirements and Procedures, a copy of Stromberg's Motion to Compel is attached hereto.

Respectfully submitted,

**HUDDLES & JONES, P.C.**


By:  /S/ Edward N. Hershon_____
William M. Huddles (Federal Bar No. 01184)
Edward N. Hershon (Federal Bar No. 22606)
Overlook Center, Suite 304
5457 Twin Knolls Road
Columbia, MD  21045
(410) 720-0072
Counsel for Plaintiff,
Stromberg Metal Works, Inc.

Dated:  November 3, 2003