**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION AT GREENBELT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *for the use and benefit of* | ) | |
| STROMBERG METAL WORKS, INC., | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. L 02 CV 3188 |
| | ) | |
| BELL BCI COMPANY, et al. | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF SERVICE OF PLAINTIFF, STROMBERG METAL WORKS, INC.'S**
**REPLY TO OPPOSITION TO MOTION TO COMPEL**

Pursuant to Local Rule 104.8, Stromberg Metal Works, Inc. hereby gives notice that, on November 3, 2003, it served Defendant's counsel with Stromberg Metal Works, Inc.'s Reply to Opposition to Motion to Compel.

Pursuant to Section III.C.14.e of the Court's Electronic Filing Requirements and Procedures, a copy of Stromberg's Reply to Opposition to Motion to Compel is attached hereto.

Respectfully submitted,

**HUDDLES & JONES, P.C.**

By: /S/ Edward N. Hershon
William M. Huddles (Federal Bar No. 01184)
Edward N. Hershon (Federal Bar No. 22606)
Overlook Center, Suite 304
5457 Twin Knolls Road
Columbia, MD 21045
(410) 720-0072
Counsel for Plaintiff,
Stromberg Metal Works, Inc.

Dated: November 3, 2003