UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION AT GREENBELT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *for the use and benefit of* ) | |
| STROMBERG METAL WORKS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. L 02 CV 3188 |
| ) | |
| BELL BCI COMPANY, et al. ) | |
| ) | |
| Defendants. ) | |

**MOTION TO COMPEL DISCOVERY**
**(Answers Received But Not Satisfactory)**

A motion to compel discovery was served on Bell BCI Company. The motion is attached to the notice of service of motion to compel discovery filed in this case as Paper No. 38. A response was served and is attached to the notice of service of response to motion to compel discovery filed in this case as Paper No. 36. A reply was served and is attached to the notice of service of reply to response filed in this case as Paper No. 39.

Counsel have conferred and have been unable to resolve the following issues raised in the motion to compel:

1. Stromberg's Request for Production No. 3;

2. Stromberg's Request for Production No. 4;

3. Stromberg's Request for Production No. 6;

4. Stromberg's Request for Production No. 7.

These issues are addressed in detail in the motion to compel at pages 1 – 4, the response at pages 6 – 9, and in the reply at pages 2 – 4.

A certificate of compliance with Local Rule 104.7 is attached hereto.

WHEREFORE, it is requested that the Court review the motion to compel, response and reply and rule on the issues set forth above.

## REQUEST FOR HEARING

Plaintiff, Stromberg Metal Works, Inc., requests this Honorable Court grant an oral hearing pursuant to LOCAL RULE 105.6 on its Motion to Compel Discovery.

           Respectfully submitted,

Dated: November 18, 2003      By: /S/ Edward N. Hershon_____
                                               William M. Huddles (Bar No. 01184)
                                               Edward N. Hershon (Bar No. 22606)
                                               HUDDLES & JONES, P.C.
                                               Overlook Center, Suite 304
                                               5457 Twin Knolls Road
                                               Columbia, MD 21045
                                               (410) 720-0072

                                               Counsel for Plaintiff, Stromberg Metal Works, Inc.