UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION AT GREENBELT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *for the use and benefit of* ) | |
| STROMBERG METAL WORKS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. L 02 CV 3188 |
| ) | |
| BELL BCI COMPANY, et al. ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATION OF GOOD FAITH EFFORT TO RESOLVE DISCOVERY DISPUTE**

I hereby certify that the parties have made a good faith effort to resolve this discovery dispute in accordance with Local Rules 104.7 and 104.8(b). Prior to filing the Motion to Compel, counsel for the parties had conducted telephonic conferences on September 17, 2003 and September 22, 2003 without resolving the discovery dispute. On Monday, November 17, 2003, Edward N. Hershon, Esquire and Richard O. Wolf, Esquire conducted a telephonic conference at 3:00 pm in accordance with Local Rule 104.7 in a further attempt to resolve the pending discovery dispute. Counsels' attempts to resolve the discovery dispute were without success and the issues remaining to be resolved are those issues raised in Stromberg's Motion to Compel.

Respectfully submitted,

By: \_\_\_\_/S/\_Edward N. Hershon_____
William M. Huddles (Bar No. 01184)
Edward N. Hershon (Bar No. 22606)
HUDDLES & JONES, P.C.
Overlook Center, Suite 304
5457 Twin Knolls Road
Columbia, MD  21045
(410) 720-0072
Counsel for Stromberg Metal Works, Inc.