UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION AT GREENBELT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*for the use and benefit of* )<br>STROMBERG METAL WORKS, INC., )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>BELL BCI COMPANY, et al. )<br> )<br>Defendants. ) | Civil Action No. L 02 CV 3188 |

**PLAINTIFF, STROMBERG METAL WORKS, INC.'S
<u>NOTICE OF SERVICE OF DISCOVERY</u>**

I hereby certify that on the 17th day of November, 2003, that I caused a true copy of Plaintiff's Rule 26(a)(2)(B) Expert Report to be served via hand-delivery on counsel for Defendants:

> Richard O. Wolf, Esquire
> Charlie C. H. Lee, Esquire
> Moore & Lee, LLP
> Suite 1450, 1750 Tysons Boulevard
> McLean, Virginia 22102-4225

> Respectfully submitted,

> By: /s/ Edward N. Hershon
> William M. Huddles (Federal Bar No. 01184)
> Edward N. Hershon (Federal Bar No. 22606)
> HUDDLES & JONES, P.C.
> Overlook Center, Suite 304
> 5457 Twin Knolls Road
> Columbia, MD 21045
> (410) 720-0072

> Counsel for Plaintiff,
> Stromberg Metal Works, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of November, 2003, that I caused a true copy of Plaintiff, Stromberg Metal Works, Inc.'s Notice of Service of Discovery to be served via first-class mail, postage prepaid on counsel for Defendants:

>Richard O. Wolf, Esquire
>Charlie C. H. Lee, Esquire
>Moore & Lee, LLP
>Suite 1450
>1750 Tysons Boulevard
>McLean, Virginia 22102-4225

>/s/ Edward N. Hershon
>Edward N. Hershon