UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION AT GREENBELT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *for the use and benefit of* ) | |
| STROMBERG METAL WORKS, INC., ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. L 02 CV 3188 |
| ) | |
| **BELL BCI COMPANY,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |

**JOINT MOTION TO EXTEND DISCOVERY, MOTIONS AND DEADLINES**

Plaintiff, Stromberg Metal Works, Inc., ("Stromberg") and Defendants Bell BCI Company ("Bell") and United States Fidelity & Guaranty Company ("USF&G") by undersigned counsel, file this joint motion to extend the discovery, motions and deadlines, and in support thereof state as follows:

1. Pursuant to this Court's Scheduling Order, the discovery deadline is currently set for January 9, 2004, the deadline for Rule 26(e)(2) supplementation of disclosures and responses is set for December 12, 2003, the deadline for the submission of the status report is set for January 9, 2004, the deadline for requests for admissions is set for January 16, 2004 and the deadline for the filing of dispositive pretrial motions is set for February 17, 2004.

2. The parties have initiated written discovery. However, a dispute has arisen between the parties with regard to certain discovery requested by Stromberg which Bell has objected to. As a result of this discovery dispute, Stromberg has not yet noticed any depositions of fact witnesses at this time.

3. Additionally, counsel for Stromberg, Mr. Hershon will be undergoing surgery in late December or early January which will require several weeks of recuperation before he can resume his regular office routine.

4. No trial date has been set in this matter.

WHEREFORE, Plaintiff, Stromberg Metal Works, Inc. and Defendants, Bell BCI Company and United States Fidelity & Guaranty Company by undersigned jointly move this Court to extend discovery, motions and other deadlines by ninety (90) days. A proposed Order with the revised dates to that effect is being submitted herewith.

Respectfully submitted,

| | |
|---|---|
| By: /S/ Edward N. Hershon | By: /S/ Richard O. Wolf |
| William M. Huddles (Bar No. 01184) | (signed by Edward N. Hershon with permission |
| Edward N. Hershon (Bar No. 22606) | of Richard O. Wolf) |
| HUDDLES & JONES, P.C. | Richard O. Wolf, Esquire (Bar No. 04989) |
| Overlook Center, Suite 304 | MOORE & LEE, LLP |
| 5457 T win Knolls Road | Suite 1450 |
| Columbia, MD 21045 | 1750 Tysons Boulevard |
| (410) 720-0072 | McLean, VA 22102-4225 |
| | (703) 506-2050 |
| Counsel for Plaintiff, | Counsel for Defendants, |
| Stromberg Metal Works, Inc. | Bell BCI Company and |
| | United States Fidelity & Guaranty Co. |