## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### SOUTHERN DIVISION AT GREENBELT

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| *for the use and benefit of* ) | |
| **STROMBERG METAL WORKS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. L 02 CV 3188 |
| ) | |
| **BELL BCI COMPANY,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

UPON CONSIDERATION of the joint motion to extend the discovery, motions and other deadlines, it is this _____ day of _____, 2003, by the United States District Court for Maryland,

ORDERED that:

1. The discovery deadline is extended to April 8, 2004;

2. The Rule 26(e)(2) supplementation of disclosures and responses deadline is extended to March 11, 2004;

3. The submission of status report is extended to April 8, 2004;

4. The requests for admissions deadline is extended to April 15, 2004;

5. The dispositive pretrial motions deadline is extended to May 17, 2004

6. The deadline for Defendants' rebuttal of the Plaintiff's expert report is extended to January 6, 2004.

7. The deadline for Plaintiff's reply to Defendants' rebuttal of expert report is extended to January 20, 2004.

                                                                             _____
                                                                             United States District Judge

Cc:    William M. Huddles, Esquire
        Edward N. Hershon, Esquire
        Huddles & Jones, P.C.
        Overlook Center, Suite 304
        5457 Twin Knolls Road
        Columbia, MD  21045
        Counsel for Plaintiff,
        Stromberg Metal Works, Inc.

        Richard O. Wolf, Esquire
        Moore & Lee, LLP
        Suite 1450
        1750 Tysons Boulevard
        McLean, Virginia  22102-4225
        Counsel for Defendants,
        Bell BCI Company and
        United States Fidelity & Guaranty Co.