WILLIAM M. HUDDLES (MD, DC)
ROGER C. JONES (VA)
KENNETH K. SORTEBERG (MD, DC)
MARK S. DACHILLE (MD)

EDWARD N. HERSHON (MD)
VERONICA E. MEADE SHEPPARD (MD)
JOHN H. MICHEL (MD)
SCOTT C. HOFER (MD, VA)

LAW OFFICES

HUDDLES & JONES, P.C.

OVERLOOK CENTER, SUITE 304
5457 TWIN KNOLLS ROAD
COLUMBIA, MARYLAND 21045-3259

WWW.CONSTRUCTIONLAW.COM

DC METRO | BALTIMORE METRO
(301) 621-4120 | (410) 720-0072
FAX (301) 621-4473 | (410) 720-0329 FAX

WRITER'S DIRECT E-MAIL:
hershon@hjpc.com

December 30, 2003

Honorable Benson Everett Legg
Chief Judge, United States District Court
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

RE: *Stromberg Metal Works, Inc. v. Bell BCI Company, et al.*,
Case No.: L 02 CV 3188

Dear Chief Judge Legg:

Pursuant to the Court's Memorandum Order of December 23, 2003, the parties respectfully hereby advise your Honor that due to the surgery and recovery of the undersigned counsel, the parties have agreed to adjust the date to submit the joint status report regarding counsel's attempts to resolve their discovery dispute until February 2, 2004.

Respectfully submitted on behalf of all parties,

/S/

Edward N. Hershon

ENH/km
cc: Richard O. Wolf, Esquire