# MOORE & LEE, LLP
ATTORNEYS AT LAW

1750 TYSONS BOULEVARD, SUITE 1450
MCLEAN, VIRGINIA 22102-4225

---

TELEPHONE (703) 506-2050
FACSIMILE (703) 506-2051
E-MAIL: r.wolf@mooreandlee.com

RICHARD O. WOLF                              January 15, 2004

Honorable Benson Everett Legg
Chief Judge
101 West Lombard Street
Baltimore, Maryland  21201

    Re:    United States *f.u.b. of* Stromberg Metal Works, Inc. v. BELL BCI Co. *et al.*,
                Civil No. L-02-3188

Dear Chief Judge Legg:

      In accordance with the discussion that I had this afternoon with your Law Clerk, the Court's Memorandum Order of December 23, 2003, and with the consent of all parties, I am writing to respectfully request an extension of one week to submit a written response to the Plaintiff's revised document requests.  As discussed herein, the extension is requested because the Plaintiff's counsel Edward N. Hershon, Esquire, is still recovering at home from surgery and is not yet able to confer with the undersigned.

      The Court's Memorandum Order of December 23, 2003, directed the undersigned to call Mr. Hershon with questions regarding Plaintiff's revised requests, and then to submit a written response, with a copy to the Court, by January 16, 2004.  The undersigned has attempted to call Mr. Hershon to discuss questions about the Plaintiff's revised request, but his recovery from surgery has been slower than anticipated and he has not been able to discuss matters.  I am advised that Mr. Hershon anticipates being able to confer by the middle of next week.

      Therefore, it is respectfully requested that the Defendants have an extension of one week, *i.e.*, through January 23, 2004, to submit a letter responding to the Plaintiff's revised document requests.  On behalf of all parties, we thank the Court for its consideration.

                              Respectfully submitted on behalf of all parties,

                                          /s/

                                Richard O. Wolf

cc:    Edward N. Hershon, Esquire (w/encl.)