UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION AT GREENBELT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA<br>*for the use and benefit of*<br>STROMBERG METAL WORKS, INC.<br><br>            Plaintiff,<br><br>v.<br><br>BELL BCI COMPANY, *et al.*,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Action No. L 02 CV 3188** |

**STIPULATED ORDER REGARDING PARTIAL SETTLEMENT
AND STAY OF ALL OTHER PROCEEDINGS**

The parties have reached an agreement to settle Stromberg Metal Works, Inc.'s ("Stromberg") claims for contract balance and extra work. The only other claims asserted by Stromberg in this case are for alleged damages for extended field overhead and impact delay (hereinafter "Stromberg's claim for delay"). The parties agree to stay Stromberg's claim for delay until the final conclusion of litigation between BELL BCI Company and the United States that is pending in the United States Court of Federal Claims, No. 03-1613-C (hereinafter "Court of Federal Claims litigation").

WHEREFORE, the parties stipulate and agree that all matters in this case be stayed and that the case be administratively closed; provided, however, that this case may be reopened with regard to Stromberg's claim for delay upon notice filed by any party within 30 days of final resolution of the Court of Federal Claims litigation.

        Respectfully submitted,

STROMBERG METAL WORKS, INC.

By counsel,

*/s/  William M. Huddles*
William M. Huddles   (*signed by Richard O. Wolf with permission*)
Edward N. Hershon
Huddles & Jones, P.C.
Overlook Center, Suite 304
5457 Twin Knolls Road
Columbia, Maryland  21045
Counsel for Plaintiff


Respectfully submitted,

BELL BCI COMPANY and
UNITED STATES FIDELITY & GUARANTY COMPANY

By counsel,

*/s/  Richard O. Wolf*
Richard O. Wolf (FBN 04989)
MOORE & LEE, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia 22102
Telephone:  (703) 506-2050
Facsimile:  (703) 506-2051
E-mail:  r.wolf@mooreandlee.com

Dated: January 22, 2004        Counsel for Defendants


SO ORDERED this _____ day of January, 2004.


_____
UNITED STATES DISTRICT JUDGE