**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>*for the use and benefit of* )<br>**STROMBERG METAL WORKS, INC.,** )<br>  )<br>    **Plaintiff,** )<br>  )<br>  v.  )  **Civil Action No. L 02 CV 3188**<br>  )<br>**BELL BCI COMPANY, et al.** )<br>  )<br>    **Defendants.** ) | |

**ENTRY OF APPEARANCE**

Please enter the appearance of Nicole L. Campbell as counsel for Plaintiff, Stromberg Metal Works, Inc.

                                  Respectfully submitted,

                                      \s\ *Nicole L. Campbell*
                                  Nicole Lefcourt Campbell, Bar No. 14425
                                  Huddles Jones Sorteberg & Dachille, P.C.
                                  10211 Wincopin Circle, Suite 200
                                  Columbia, Maryland 21044
                                  Telephone (301) 621-4120
                                  Facsimile (301) 621-4473
                                  Email: campbell@hjpc.com
                                  Counsel for Plaintiff

Dated: August 6, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the  6th  day of August, 2008, a copy of the foregoing Entry of Appearance was mailed, postage prepaid, to:

>Richard O. Wolf, Esquire
>Moore & Lee, LLP
>1750 Tysons Boulevard, Suite 1450
>McLean, Virginia 22102
>r.wolf@mooreandlee.com

>\s\ Nicole Lefcourt Campbell