UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA )<br>*for the use and benefit of* )<br>STROMBERG METAL WORKS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BELL BCI COMPANY, et al. )<br>)<br>Defendants. ) | | Civil Action No. L 02 CV 3188 |

## MOTION TO REOPEN CASE AND LIFT STAY

Plaintiff, Stromberg Metal Works, Inc. ("Stromberg"), by undersigned counsel, files this Motion to Reopen Case and Lift Stay and states as follows:

Pursuant to the points and authorities set forth in the accompanying Memorandum in Support of Motion to Reopen Case and Lift Stay, the Court should reopen this case and lift the stay of the case in order to adjudicate Stromberg's delay claim for extended general conditions costs.

WHEREFORE, Stromberg Metal Works, Inc. moves the Court to grant this Motion to Reopen Case and Lift Stay and to Order the case reopened and the stay of the case lifted for the sole purpose of adjudicating Stromberg's claim for extended field overhead.

        Respectfully submitted,

        \s\ *Nicole L. Campbell*
        Nicole Lefcourt Campbell, Bar No. 14425
        Huddles Jones Sorteberg & Dachille, P.C.
        10211 Wincopin Circle, Suite 200
        Columbia, Maryland 21044
        Telephone (301) 621-4120
        Facsimile (301) 621-4473
        Email: campbell@hjpc.com
        Counsel for Plaintiff

Dated: August 6, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of August, 2008, a copy of the foregoing Motion to Reopen Case and Lift Stay was mailed, postage prepaid, to:

        Richard O. Wolf, Esquire
        Moore & Lee, LLP
        1750 Tysons Boulevard, Suite 1450
        McLean, Virginia 22102
        r.wolf@mooreandlee.com

        \s\ Nicole Lefcourt Campbell