# AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT

| 1. CONTRACT | Page of Pages |
|---|---|
| OMB 0990 0115 | 1 of 3 |

| 2. AMENDMENT/MOD. NO. | 3. EFFECTIVE DATE | 4. REQUISITION/ PURCHASE REQ. NO. | 5. Project No. (If applic.) |
|---|---|---|---|
| Modification No. 093 | Block 16c | | W.R# HVX30019 |

**6. ISSUED BY** CODE

National Institutes of Health
Acquisition Branch C, DSSC, OPM
9000 Rockville Pike, Bldg. 13, Rm.G-800
Bethesda, MD 20892

**7. ADMINISTERED BY** (If other than Item 6)   CODE

Contracting Officer: Barbara Taylor
Tel.: (301) 435-4333
FAX: (301) 402-1103

**8. NAME AND ADDRESS OF CONTRACTOR** (No., Street, County, State, and ZIP Code)

Bell Company
10605 Concord Street, Suite 205
Kensington, Maryland 20895

**9A. AMENDMENT OF SOLICITATION NO.**

**9B. DATED (SEE ITEM 11)**

**10A. MODIFICATION OF CONTRACT/ORDER NO.**

263-98-C-0102

**10B. DATED (SEE ITEM 13)**

March 26, 1998

CODE   FACILITY CODE

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** (IF REQUIRED)

| 0-8332125 | NCI-DCS | $3,124 | 0-8321966 | NHGRI | $43,185 |
|---|---|---|---|---|---|
| 0-8335389 | NIAID | $72,039 | 0-8334109 | NHLBI | $484,006 |
| 0-8325013 | NIAMS | $19,730 | 0-8322802 | NCI-DBS | $359,175 |
| 0-8324901 | NIDCD | $439,412 | 8-8330705 | ORS-DES | $469,650 |
| 0-8325438 | NIDDK | $406,641 | | | |

O.C. 25.41   total increase = $2,296,962   BT   W.R.# HVX30019

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

[X] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.243-4 Changes - Fixed Price (AUG 1987)

D. OTHER (specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, [X] is required to sign this document and return __4__ copies to the issuing office.

### 14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

| | |
|---|---|
| PURPOSE: | This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification. |
| CONTRACT TITLE: | Consolidated Laboratory Facility - Building 50 Bid Package No. 2 |
| CONTRACT AMOUNT: | $81,326,544.00   (an increase of $2,296,963.00) |
| CONTRACT EXPIRATION DATE: | April 15, 2001   (No time extension) |
| CONTRACT TYPE: | Firm Fixed-Price Construction |

**EXHIBIT 2**

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print) |
|---|---|
| Robert DeRoo, Vice President | Barbara Taylor, Contracting Officer |

| 15B. CONTRACTOR/OFFERER | 15C. DATE | 16B. UNITED STATES OF AMERICA | 16C. DATE |
|---|---|---|---|
| BY /s/ Robert F DeRoo VP | 10-2-00 | BY /s/ Barbara Taylor | 10/2/00 |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

page 2 of 3<br>
Modification No. 093<br>
Contract No. 263-98-C-0102<br>
EWO No. 240-R1

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph 1 – Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 595 | 384 | RFP-1009 | Fourth Floor fit Out Bilateral & Time Extension | $2,296,963.00 |
| | | | Total: | $2,296,963.00 |

2. Revise Contract Section F, paragraph 1 - to reflect a contract completion date of April 30, 2001 and substantial completion milestones of:

| Area | Date |
|---|---|
| LAN Rooms | October 1, 2000 |
| Basement Vivarium | January 1, 2001 |
| Floor 2 | February 1, 2001 |
| Elevator 5 | February 1, 2001 |
| Basement other than Vivarium and Mechanical spaces | February 1, 2001 |
| Site Hardscape | February 1, 2001 |
| Floor 3 | February 15, 2001 |
| Floor 4 | March 1, 2001 |
| Elevators 1, 2, & 3 | March 1, 2001 |
| All MEP Systems, including Basement and Penthouse Mechanical Spaces | March 1, 2001 |
| Floor 5 | March 15, 2001 |
| Floor 6 | April 1, 2001 |
| Floor 1 | April 15, 2001 |
| Site Landscape | April 30, 2001 |

Final completion (including punchlist repairs) of the Basement Vivarium shall be completed within 30 calendar days of substantial completion of that space. The Contractor shall substantially complete cable tray and painting on Floor 2 and the Basement by October 1, 2000, Floor 3 by November 1, 2000, Floor 4 by December 1, 2000, Floor 5 by January 1, 2001, Floor 6 by February 1, 2000, and Floor 1 by March 1, 2001. If the Contractor fails to complete the painting by these dates, it shall "work around" the NIH telecommunications cabling without damage to the cabling. The Contractor shall provide safe pedestrian access to elevators 1, 2 & 3 by March 1, 2001. The Government and the Contractor shall share use of the loading dock and elevator 4 beginning February 1, 2001. "Lab Zones" and other floor specific functional performance tests (FPT's) will be performed during the 30 day period after each floor substantial completion date, all other FPT's will be performed by the MEP substantial completion date.

3. Revise Contract Section F Paragraph 2 to reflect liquidated damages of ($3,721/14 =) $266 for each calendar day of delay to each of the aforementioned 14 milestones.

4. Increase the contract amount by $2,296,963 ($4,100,000-$1,803,037 from Mod 77) as full and equitable adjustment for the remaining direct and indirect costs of the Floor 4 Fit-out (EWO 240-R1) and full and equitable adjustment for all delays resulting from any and all Government changes transmitted to the Contractor on or before August 31, 2000.

page 3 of 3  
Modification No. 093  
Contract No. 263-98-C-0102  
EWO No. 240-R1

5. This agreement does not in any way affect entitlement to the direct cost of performance of any disputed changes. It does; however, incorporate the time impact of any disputed changes issued on or before August 31, 2000.

6. The Contractor shall revise its CPM schedule, incorporating the revised milestone dates and confirming its ability to meet them, including manpower requirements, and submit the revised schedule for Government review on or before September 30, 2000.

7. All other terms and conditions of this contract remain unchanged.

8. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to the Modification.

****************************Nothing follows****************************************