UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION AT GREENBELT

UNITED STATES OF AMERICA )
*for the use and benefit of* )
STROMBERG METAL WORKS, INC., )
                              )
          Plaintiff,          )
                              )
v.                            )   Civil Action No. L 02 CV 3188
                              )
BELL BCI COMPANY, et al.      )
                              )
          Defendants.         )

## SUPPLEMENTAL ANSWERS TO INTERROGATORIES

TO:     BELL BCI COMPANY

FROM:   STROMBERG SHEET METAL WORKS, INC.

Plaintiff, Stromberg Sheet Metal Works, Inc. ("Stromberg"), supplements its answers to Defendant, Bell BCI Company's ("Bell"), Interrogatories and says:

**Interrogatory No. 4:** State in detail each and every component of the $1,756,730.00 which you claim is "the current amount due and owing Stromberg" in paragraph 18 of your Complaint.

**Answer No. 4:** The current amount due and owing to Stromberg is $1,295,616.00.

This amount is calculated as follows:

**Extended Field Overhead**

| General Conditions | Amount |
|---|---|
| Direct Overhead | $ 396,052.00 |
| G&A | $ 94,087.00 |
| Indirect Overhead | $ 442,735.00 |
| TOTAL FIELD OVERHEAD | $ 932,874.00 |
| Less Change Order Overhead | ($ 159,640.00) |

| | |
|---|---|
| Start of Contract | 4/24/1998 |
| Substantial Completion | 4/30/01 |
| Total Duration | 1,102 Calendar Days |



EXHIBIT 6

| | | |
|---|---|---|
| Total Daily Overhead Rate | $ | 846.53 |
| Total Daily Overhead Rate w/profit (10%) | $ | 931.18 |

| | |
|---|---|
| Original Completion Date | 6/29/2000 |
| Actual Completion Date | 4/30/2001 |
| Total Days of Delay | 305 |

**Total Extended Field Overhead**          $ 284,010.00

**Total Impact Delay Damages**             $ 944,789.00
(See Exhibit A for breakdown of Impact Delay)

**Extra work and unpaid contract balances** $ 66,817.00

**Total Claimed Amount**                   $1,295,616.00

**Interrogatory No. 6:** Describe in detail all work that you performed at the Project, the cost of such work, and identify all documents relating thereto.

**Answer No. 6:** Stromberg provided all labor and material to install sheet metal HVAC ductwork in accordance with the project drawings and specifications as well as all change orders and directives issued by Bell BCI Company to Stromberg. Stromberg's total cost to perform this work, including its impact cost is $6,605,340, excluding certain overhead and profit. A copy of all documents relied upon to support the answer to this Interrogatory will be made available to Bell for inspection at a mutually agreeable date and time.

Respectfully submitted,

By: _____
William M. Huddles (Federal Bar No. 01184)
Edward N. Hershon (Federal Bar No. 22606)
HUDDLES & JONES, P.C.
Overlook Center, Suite 304
5457 Twin Knolls Road
Columbia, MD 21045
(410) 720-0072
Counsel for Plaintiff,
Stromberg Metal Works, Inc.

I DO SOLEMNLY DECLARE AND AFFIRM, under the penalties of perjury, that the contents of the foregoing Supplemental Answers to Interrogatories are true and correct to the best of my knowledge, information and belief.

11/14/03
Date

Richard Freeman, Vice President

## CERTIFICATE OF SERVICE

I hereby certify on this 17th day of November, 2003, that I caused a true copy of the foregoing Plaintiff's Supplemental Answers to Bell BCI Company's Interrogatories upon Defendants, Bell BCI and United States Fidelity & Guaranty Company to be served via facsimile and first-class mail, postage prepaid, on counsel for defendants:

> Richard O. Wolf, Esquire
> Charlie C. H. Lee, Esquire
> MOORE & LEE, LLP
> Suite 1450
> 1750 Tysons Boulevard
> McLean, VA 22102-4225
> (703) 506-2051 Facsimile

_____
Edward N. Hershon

EXHIBIT A

| Floor | Hours Worked (8/31/00) | (Plus) Allocated Hours | Gross Actual Hours Worked (8/31/00) | CO Hrs (8/31/00) | 82% CO HRS | Net Corrected Total Actual Base Hours | Actual Poundage Installed | CO Pounds (8/31/00) | Adj LBS | lbs/hr (8/31/00) | % Prod | Prod Hrs | Lost Hours | Allocated Labor Impacted (90%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | 11,869 | 2,425 | 14,294 | 3,649 | 2,992 | 11,302 | 90,063 | 20,275 | 69,787 | 6.17 | 43% | 6,199 | 8,095 | 7,285 |
| 1st Floor | 6,794 | 1,388 | 8,182 | 1,785 | 1,463 | 6,719 | 48,976 | 9,893 | 39,083 | 5.82 | 60% | 4,914 | 3,268 | 2,942 |
| 2nd Floor | 6,965 | 1,423 | 8,387 | 1,149 | 942 | 7,446 | 47,383 | 8,844 | 38,539 | 5.18 | 65% | 5,425 | 2,962 | 2,666 |
| 3rd Floor | 7,618 | 1,556 | 9,174 | 1,592 | 1,306 | 7,868 | 49,006 | 14,016 | 34,990 | 4.45 | 48% | 4,361 | 4,813 | 4,332 |
| 4th Floor | 6,105 | 1,247 | 7,352 | 10,588 | 8,682 | (1,330) | 82,899 | 82,899 | 82,899 | | | - | | |
| 5th Floor | 6,058 | 1,238 | 7,296 | 1,694 | 1,389 | 5,907 | 49,000 | 18,004 | 30,996 | 5.25 | 56% | 4,079 | 3,217 | 2,895 |
| 6th Floor | 5,025 | 1,027 | 6,052 | 2,313 | 1,897 | 4,155 | 49,012 | 16,833 | 32,179 | 7.74 | 86% | 5,197 | 855 | 769 |
| Penthouse | 13,804 | 2,820 | 16,624 | 84 | 69 | 14,093 | 205,628 | 1,064 | 204,564 | 14.52 | 94% | 15,585 | 1,039 | 935 |
| TOTAL HOURS | 64,237 | 13,124 | 77,361 | 22,853 | 18,740 | 58,621 | 621,967 | 171,830 | 450,137 | 7.68 | | 45,759 | 24,250 | 21,825 |
| | | | | | | | | | | | | | Unit Rate / hr | 43.29 |
| | | | | | | | | | | | | | TOTAL | $ 944,788.61 |

| WEATHER | | |
|---|---|---|
| 12/1 TO 3/15 | 4,924 | |
| 10 deg - 50% | 2,462 | Constructor Magazine "thermometer" as old as cc |
| Lost HRS | 2,462 | |