# MOORE & LEE, LLP

ATTORNEYS AT LAW

1650 Tysons Boulevard, Suite 1150
McLean, Virginia 22102-4225

Telephone (703) 506-2050
Facsimile (703) 506-2051
www.mooreandlee.com

SOUTH FLORIDA OFFICE
500 East Broward Boulevard, Suite 1820
Ft. Lauderdale, Florida 33394

JUN 16 2008

Richard O. Wolf

June 12, 2008

William M. Huddles, Esquire
Huddle, Jones, Sorteberg & Dachille
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044

Re: *U.S.A. f.u.b. of Stromberg Metal Works, Inc. v. BELL BCI Company, et al.,*
Civil No. 02-3188

Dear Bill:

I am responding to your letter dated June 3, 2008. There are a number of assertions in your letter that are not accurate. In the interest of brevity, however, I shall simply summarize what was stated in my letter of May 20, 2008 to Ed Hershon. BELL's position is that, pursuant to its Settlement Agreement with Stromberg, it does not owe Stromberg any monies beyond those that ultimately may be recovered from the Government when any appeal from the Court of Federal Claims' judgment becomes final and that Government pays what it owes for Stromberg's claim.

Your letter stated that, unless BELL pays Stromberg additional monies, you may file a motion to lift the stay in the above-referenced case. BELL submits that, notwithstanding any dispute regarding the claims that Stromberg could seek to maintain against BELL, the Settlement Agreement does not allow the stay to be lifted until any appeal from the Court of Federal Claims' judgment becomes final.

Please contact me if you have any questions.

Very truly yours,

MOORE & LEE, LLP

Richard O. Wolf

EXHIBIT 14