**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION AT GREENBELT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| *for the use and benefit of* | ) | |
| **STROMBERG METAL WORKS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. L 02 CV 3188** |
| | ) | |
| **BELL BCI COMPANY, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Upon consideration of Plaintiff's Motion to Reopen Case and Lift Stay, and any Opposition thereto, it is this _____ day of _____, 2008:

ORDERED, that

(1)    Plaintiff's Motion to Reopen Case and Lift Stay is hereby Granted; and

(2)    The case is reopened and the stay of the case is lifted for the sole purpose of adjudicating Stromberg's claim for extended field overhead.


_____
Judge, United States District Court
For the District of Maryland

Copies to:

William M. Huddles
Nicole Lefcourt Campbell
Huddles Jones Sorteberg & Dachille, P.C.
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044


Richard O. Wolf, Esquire
Moore & Lee, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia 22102