# E<span style="font-variant:small-caps">xhibit</span> 1

Case 1:02-cv-03188-BEL    Document 55-2    Filed 08/25/2008    Page 1 of 3

# MOORE & LEE, LLP

ATTORNEYS AT LAW

1750 Tysons Boulevard, Suite 1450
McLean, Virginia 22102-4225

Telephone (703) 506-2050
Facsimile (703) 506-2051
www.mooreandlee.com

Richard O. Wolf

January 22, 2004

Via Facsimile And First-Class Mail

William M. Huddles, Esquire
Roger C. Jones, Esquire
Huddles & Jones, P.C.
Overlook Center, Suite 304
5457 Twin Knolls Road
Columbia, Maryland 21045

Re: U.S.A. f.u.b. of Stromberg Metal Works, Inc. v. BELL BCI Company, et al.,
Civil No. L 02 CV 3188, U.S. District Court for the District of Maryland

Dear Counsel:

This letter shall confirm the oral agreement that we reached today on behalf of our respective clients reached in the above-referenced action to settle Stromberg Metal Works, Inc.'s ("Stromberg") claims for contract balance and extra work and to stay Stromberg's other claims until the final conclusion of BELL BCI Company's ("BELL") litigation against the Government that is pending in the United States Court of Federal Claims, No. 03-1613-C (hereinafter "Court of Federal Claims litigation"). The parties have agreed as follows:

1. By January 30, 2004, BELL will pay Stromberg $66,817.00, in full settlement of Stromberg's claims for contract balance and extra work in the above-referenced action. The parties' subcontract records will be reconciled to account for the payment. The only damages claim remaining in the above-referenced action against BELL and USF&G is Stromberg's claim for $1,228,799.00, based on alleged extended field overhead and impact delay (hereinafter "delay claim").

2. Stromberg will stay its delay claim against BELL and USF&G until the final conclusion of the Court of Federal Claims litigation. Thus, the above-referenced action will be stayed in its entirety until the final conclusion of the Court of Federal Claims litigation.

3. Upon BELL's request, Stromberg will cooperate with BELL in BELL's prosecution of Stromberg's delay claim in the Court of Federal Claims litigation, including providing an expert witness, if necessary. Stromberg shall bear the

William M. Huddles, Esquire
Roger C. Jones, Esquire
January 22, 2004
Page 2

4. BELL will ask the Court of Federal Claims to make separate findings regarding Stromberg's delay claim. Subject to ¶ 5 below, Stromberg will accept the Court of Federal Claims findings and damages award, if any.

5. In the event that the Court of Federal Claims determines that BELL did something to prejudice Stromberg's delay claim, or if BELL and the Government reach a settlement in the Court of Federal Claims litigation and Stromberg, in good faith, is not satisfied with the amount of settlement proceeds, if any, that BELL in its discretion allocates to Stromberg, then Stromberg may, after the final conclusion of the Court of Federal Claims litigation, move to lift the stay in the above-referenced action and proceed on its delay claim. In that event, Stromberg's delay claim will not exceed the amount of $1,228,799, exclusive of interest, that is set forth in the expert report and supplemental interrogatory answers that Stromberg submitted in the above-referenced action.

6. By tomorrow, the parties will jointly contact the Court via telephone and/or in writing to advise it of this agreement.

7. Although the parties have reached a binding oral agreement, the parties intend to further memorialize their agreement in a separate writing.

Please sign at the space below and return a copy to me via facsimile. Thank you.

Very truly yours,

MOORE & LEE, LLP

Richard O. Wolf

SEEN AND AGREED:
Stromberg Metal Works, Inc.

By counsel:

William M. Huddles