## **INDEX OF EXHIBITS**

1. Partial Settlement Agreement dated January 22, 2004

2. Stipulated Order dated January 22, 2004

3. Claims Court's Opinion and Order dated April 21, 2008

4. Government's Notice of Appeal dated June 18, 2008

5. Stromberg's Amended Expert Report (excerpted) dated June 1, 2007

6. BELL's Expert Witness Designations and Supplemental Interrogatory Responses Regarding Expert Witnesses dated September 10, 2004

7. Subcontract (excerpted)

8. Stromberg's Sworn Release

9. Stromberg's Preliminary Claim dated May 15, 2001.

10. Stromberg's Lawyer's Letter re: Mod. 93 dated December 19, 2001

11. Stromberg's Final Claim dated December 19, 2001

12. BELL's Initial Disclosures to the Government dated December 1, 2003

13. Email from BELL's Counsel to Stromberg's Lawyers dated June 4, 2007

14. Email from Stromberg's Lawyers to BELL re: Presenting Stromberg's Evidence dated July 12, 2007

15. Email from Stromberg's Lawyer Confirming Transmittal of All Stromberg Trial Exhibits dated October 2, 2007