# **E**XHIBIT **5**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS )
)
BELL BCI COMPANY, )
)
    PLAINTIFF )
)
) DOCKET NO. 03-1613C
v. )
)
)
UNITED STATES )
)
    DEFENDANT )

# AMENDED EXPERT REPORT

BY

Barry A. Brower
**FTI Consulting, Inc.**

PREPARED FOR

Huddles Jones Sorteberg & Dachille, P.C.
Attorneys for Stromberg Sheet Metal Works, Inc.

June 1, 2007

## SUMMARY OF FINDINGS AND CONCLUSIONS

Huddles Jones Sorteberg & Dachille, P.C., counsel for Stromberg Sheet Metal Works, Inc. ("Stromberg") retained FTI Consulting, Inc. (FTI) to perform a labor loss of productivity analysis concerning the construction of Building #50 at the National Institute of Health in Bethesda, Maryland ("the Project")[1]. In particular, counsel asked us to review the impacts Stromberg may have sustained in the performance of its work due to changes. The following report describes, in general, our findings and opinions on the issues that counsel asked us to review.[2] A copy of my qualifications and experience is attached at **Exhibit 1**.

We revisited our Expert Report dated November 17, 2003 to reacquaint us with the facts and figures contained in the report and to be prepared to offer testimony at the upcoming trial. In this review, we found some computation errors. Accordingly, we took the initiative to provide a reassessment of the loss of labor productivity based on correct and documented figures and at the same time to revise the methodology and offer a simpler and less complicated presentation of the damages Stromberg incurred. Moreover, counsel requested we remove the section pertaining to Extended Field Overhead since this issue was eliminated at this time. In sum, this report replaces the November 17, 2003 Expert report.

---

[1] As of September 21, 2006, the acquisition of Brower, Kriz & Stynchcomb, LLC as a wholly owned subsidiary of FTI Consulting, Inc. was finalized. Mr. Brower has been retained by FTI Consulting, Inc. as a Senior Managing Director, with duties and responsibilities similar in nature to those previously associated with his role as a principal at Brower, Kriz & Stynchcomb, LLC.

[2] As set forth in **Exhibit 2**, we have reviewed certain documents pertaining to the Project, and have spoken with several Stromberg personnel.