# EXHIBIT 8

SUBCONTRACTOR OR SUPPLIER
## PARTIAL LIEN AND CLAIM WAIVER AND AFFIDAVIT

Received the sum of $ *5,027,578.88* , which sum represents the total amount paid, including the current payment, for work done and materials supplied under the undersigned's contract for project _____ *NIH BLDG. 50* _____ through *7/31/00* .

The undersigned, on oath, states that the current payment claimed of $ *96,689.00* was due for work, labor, materials, services and miscellaneous (all of which are hereinafter referred to as "Work Items") supplied to the said Project through the above date and that no additional sum is claimed by the undersigned respecting said Project.

The Undersigned, on oath, states that all persons and firms who supplied Work items to the undersigned in connection with said Project have been fully paid by the undersigned for such Work Items through the date of the undersigned's prior invoice for the Project.

In consideration of the payment herewith made, the undersigned does fully and finally release and hold harmless **BELL BCI COMPANY**, its surety, if any, and the Owner through the above date from any and all claims, liens or right to claim or lien arising out of this Project under any applicable bond, law or statute.

It is understood that this affidavit is submitted to induce payment of the above sum and for use in assuring the Owner and others that all liens and claims relating to the Work Items furnished by the undersigned are paid.

COMPANY: *Sternberg Sheet Metal*

BY: *Larry Vander Vossen*

TITLE: *Vice President*

State Of: *Maryland*        County Of: *Prince George*

Subscribed and sworn to before me this *30* day of *September*, 2000.
Notary Public: *Mary Patricia Suhr*
My Commission Expires: _____

                                    **Mary Patricia Suhr**
                                    **Notary Public State of Maryland**
                                    **My Commission Expires 1/1/2002**

THIS WAIVER MUST BE SIGNED, NOTARIZED AND RETURNED TO
1340 LEXINGTON AVENUE, ROCHESTER, NEW YORK 14606
BEFORE FUTURE PAYMENTS WILL BE MAILED TO YOU.