# **E**XHIBIT **12**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BELL BCI COMPANY,                   )<br>                                      )<br>          Plaintiff,                 )<br>                                      )<br>v.                                    )<br>                                      )<br>THE UNITED STATES OF AMERICA,  )<br>                                      )<br>          Defendant.                 )<br>                                      ) | No. 03-1613C<br>(Judge Wolski) |

### PLAINTIFF'S RCFC 26(a)(1) INITIAL DISCLOSURES

Pursuant to RCFC 26(a)(1), BELL BCI Company ("BELL") hereby makes the following initial disclosures:

(A)   Individuals Likely to Have Discoverable Information that BELL May Use to Support its Claims and Defenses:  Chuck Swain, Tom Bell, and Jeremy Bardin.  The business address for Mr. Swain is 1700 C Eisenhower Avenue, Alexandria, VA 22314-3459.  The business address for Mr. Bell is 1340 Lexington Avenue, Rochester, NY 14606.  The business address for Mr. Bardin is 2704 Dorr Avenue, Fairfax, VA 22031.  BELL also incorporates herein by reference the Requests for Equitable Adjustments prepared by its subcontractors, *i.e.*, Young Electrical Contractors, Inc., Stromberg Metal Works, Inc., Manganaro Corporation, NLP Enterprises, Inc., and ISEC, Inc.  The foregoing were submitted to the Government on or about April 5, 2002, and provide the names and business addresses of individuals associated with these subcontractors that may have discoverable information supporting the claims set forth therein.

(B)     <u>Categories and Location of Documents Data Compilations and Tangible Things that BELL May Use to Support its Claims</u>: Documents and tangible things that BELL may use to support its defenses will be produced for inspection and copying at MOORE & LEE, LLP'S office in McLean, Virginia, or at such other place as may be agreed upon by the parties. The categories of BELL's documents and tangible things include the contract, amendments thereto, correspondence, requests for information and the other documentation comprising BELL's contract file.

(C)     <u>Computation of Damages</u>: BELL incorporates herein by reference its Request for Equitable Adjustment and the Requests for Equitable Adjustments prepared by Young Electrical Contractors, Inc., Stromberg Metal Works, Inc., Manganaro Corporation, NLP Enterprises, Inc., and ISEC, Inc. The foregoing were submitted to the Government on or about April 5, 2002, and provide the computations and categories of damages. With regard to the damages claimed in the Request for Equitable Adjustment prepared by Stromberg Metal Works, Inc. ("Stromberg"), BELL also incorporates herein by reference the attached report prepared by Stromberg which amends the damages claimed therein. BELL reserves the right to supplement the foregoing and to rely upon Government's initial disclosures.

Respectfully submitted,

/s/ Charlie C.H. Lee / Richard O. Wolf

Charlie C.H. Lee
Richard O. Wolf
MOORE & LEE, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia 22102-4225
Telephone: (703) 506-2050
Facsimile: (703) 506-2051
E-Mail: r.wolf@mooreandlee.com

Dated: December 1, 2003

CERTIFICATE OF SERVICE

I hereby certify that on the 1ST day of December, 2003, I caused a true copy of the foregoing to be served by hand-delivery on the following counsel for the defendant:

Kyle Chadwick
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn.: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Facsimile: 202-305-7643

_____
Richard O. Wolf