# **EXHIBIT 13**

Case 1:02-cv-03188-BEL    Document 56-15    Filed 08/25/2008    Page 2 of 2

**From:** Richard Wolf
**Sent:** Monday, June 04, 2007 2:42 PM
**To:** Roger Jones
**Subject:** NIH 50 -- Amended Report and Proposed Trial Exhibits

Roger:

We received your Amended Expert Report and will transmit a copy to the Government's counsel. As you may recall, the Court's Pretrial Order requires exhibits to be exchanged the first week of July. Therefore, in order to allow us to integrate exhibits that you may deem appropriate, please send me any proposed exhibits to support Stromberg's claims by June 25, 2007. Thank you.

Very truly yours,

Richard O. Wolf



attorney bio | email | v-Card

**Richard O. Wolf**
1750 Tysons Boulevard, Suite 1450
McLean, VA 22102
Tel. 703-506-2050    Fax 703-506-2051

home | practice areas | contact us | map

M&L MOORE & LEE, LLP

Offices in Metropolitan Washington, D.C., Florida & New York

**Confidentiality Notice:** The information contained in this email and any attachments may be legally privileged, confidential and/or otherwise exempt from disclosure and is intended only for the recipient named above. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify the sender and permanently delete the email and any attachments immediately. You should not retain, copy or use this email or any attachment for any purpose, nor disclose all or any part of the contents to any other person.

**IRS Circular 230 Disclosure:** As required by U.S. Treasury Regulations, we advise you that any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.