# EXHIBIT 14

From: Lucas F. Webster [LFW@hjpc.com]
Sent: Thursday, July 12, 2007 3:49 PM
To: Richard Wolf
Cc: Wincy Casserly; Roger Jones; Nicole Campbell
Subject: NIH 50

Richard-

Roger Jones and I represent NLP Enterprises, Inc. NLP recently contacted me to advise that they had heard from you concerning the trial date for this case and the evidence needed to submit in support of NLP's claim. As you know, this trial date was scheduled during Roger's vacation. Consequently, as with Stromberg, you will need to present NLP's evidence.

NLP is providing us with the information concerning their claim (approximately $150,000) as well as the witnesses who would be able to support it. As with Stromberg's materials, we will put everything together and get it over to you. Hopefully this will occur sometime during the next week. Please let me know of the deadline so we meet our obligations.

Thank you.

Lucas


*Lucas F. Webster*
*Huddles Jones Sorteberg & Dachille, P.C.*
*10211 Wincopin Circle, Suite 200*
*Columbia, Maryland  21044*
*410-720-0072 (Balto Metro) - 410-720-0329 (fax)*
*301-621-4120  (DC Metro) -  301-621-4473 (fax)*
*E-mail:  webster@hjpc.com*
*www.constructionlaw.com*


Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure.  Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call the sender and destroy the original message and all copies.