# **EXHIBIT 15**

**From:** Roger Jones [mailto:jones@hjpc.com]
**Sent:** Tuesday, October 02, 2007 9:56 AM
**To:** Robert Windus
**Cc:** Richard Wolf; Kristen Bennett; Rick Freeman; Nicole Campbell; Carol M. Grove
**Subject:** RE: Stromberg Exhibits

See SSM added trial exhibits attached. Everything else is already in the books.

Roger C. Jones, Esq.

**Huddles, Jones**
**Sorteberg & Dachille, P.C.**
*Columbia Lakeside*
10211 Wincopin Circle
Suite 200
Columbia MD 21044
(301) 621-4120 DC Metro ph
(301) 621-4473 DC Metro fx
(410) 720-0072 Balt. Metro ph
(410) 720-0329 Balt. Metro fx
(443) 253-3471 Cell
mailto:jones@hjpc.com
www.constructionlaw.com


**From:** Robert Windus [mailto:r.windus@mooreandlee.com]
**Sent:** Tuesday, October 02, 2007 9:23 AM
**To:** Roger Jones
**Cc:** Richard Wolf; Kristen Bennett; Rick Freeman
**Subject:** Stromberg Exhibits

Roger:

We are submitting the supplement to trial exhibits today and plan on submitting the two new summary Stromberg exhibits ("Revised Labor Impact Analysis" and "Actual Field Labor by Floor") that we discussed yesterday. Can you please send an electronic copy of these two documents to us. Also, please confirm that these are the only two supplement exhibits for Stromberg.

Thanks, Bob


Sincerely,
Robert D. Windus

| STROMBERG SHEET METAL WORKS, INC. | | | | | | | |
|---|---|---|---|---|---|---|---|
| NIH Building 50 - Bid Package 2 | | | | | | | |
| Revised Labor Impact Analysis | | | | | | | |
| | | | | | | | |
| Floor | Estimated Pounds w/ Spiral Duct | Change Order Pounds | Total Pounds | Actual Hours | Pounds Per Manhour | | |
| 2nd | 39,566 | 10,737 | 50,303 | 9,400 | 5.35 | | |
| 3rd | 40,921 | 17,016 | 57,937 | 9,259 | 6.26 | | |
| 5th | 40,916 | 21,858 | 62,774 | 9,392 | 6.68 | | |
| 6th | 40,926 | 20,436 | 61,362 | 11,021 | 5.57 | | |
| TOTAL | | | 232,376 | 39,072 | 5.95 | Average Pounds per Manhour - Claimed Floors | |
| Should Have Spent Hours @ 11.23 Manhours per Pound | | | 20,694 | (20,694) | 11.23 | Measured Mile Pounds per Manhour (2/99 - 5/99) = 98,410 #s / 8,764 hrs | |
| Additional Manhours Required | | | | 18,377 | | Additional Manhours Required per Pound | |
| Cost Per Manhour w/Burden & Profit | | | | $44.19 | | | |
| Revised Claimed Additional Costs | | | | $812,092 | | | |

**STROMBERG SHEET METAL WORKS, INC.**
NIH Building 50 - Bid Package 2
Actual Field Labor By Floor - Per Daily Reports

| | | | | | | | | | Measured Mile Period | | | Estimated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | | Basement | 1st Floor | 2nd Floor | 3rd Floor | 5th Floor | 6th Floor | Total | Total Hours | Total Pounds | Pounds | Pounds |
| No. | Month/Year | Hours | Hours | Hours | Hours | Hours | Hours | Hours | 2/99 - 5/99 | 2/99 - 5/99 | Per Hour | Per Hour |
| 1 | January' 99 | 100.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.50 | | | | |
| 2 | February '99 | 430.50 | 21.50 | 2.00 | 0.00 | 0.00 | 0.00 | 454.00 | 454.00 | 11,809 | | |
| 3 | March '99 | 1,732.50 | 251.00 | 5.00 | 4.00 | 0.00 | 0.00 | 1,992.50 | 1,992.50 | 20,666 | | |
| 4 | April '99 | 1,675.00 | 813.00 | 90.00 | 25.00 | 0.00 | 0.00 | 2,603.00 | 2,603.00 | 37,396 | | |
| 5 | May '99 | 369.75 | 1,840.00 | 1,399.25 | 105.50 | 0.00 | 0.00 | 3,714.50 | 3,714.50 | 28,539 | | |
| 6 | June '99 | 15.25 | 1,045.75 | 1,313.50 | 1,517.25 | 0.00 | 0.00 | 4,670.00 | 8,764.00 | 98,410 | 11.23 | 11.6 |
| 7 | July '99 | 2,080.00 | 468.00 | 848.00 | 1,052.00 | 725.00 | 336.00 | 6,303.00 | | | | |
| 8 | August '99 | 278.50 | 256.00 | 666.75 | 970.00 | 603.50 | 688.50 | 4,984.00 | | | | |
| 9 | September '99 | 1,759.00 | 274.00 | 314.00 | 40.00 | 803.00 | 561.50 | 7,062.75 | | | | |
| 10 | October '99 | 534.75 | 38.00 | 356.00 | 299.50 | 1,019.50 | 632.00 | 6,278.25 | | | | |
| 11 | November '99 | 1,165.50 | 148.00 | 255.00 | 388.00 | 416.50 | 747.00 | 5,384.00 | | | | |
| 12 | December '99 | 575.00 | 252.00 | 457.00 | 342.00 | 393.00 | 937.00 | 5,382.00 | | | | |
| 13 | January '00 | 316.50 | 510.00 | 814.00 | 74.00 | 133.00 | 761.50 | 3,945.00 | | | | |
| 14 | February '00 | 198.00 | 33.00 | 557.50 | 227.00 | 36.00 | 513.00 | 2,663.00 | | | | |
| 15 | March '00 | 600.00 | 368.00 | 482.00 | 1,293.00 | 16.00 | 16.00 | 4,489.00 | | | | |
| 16 | April '00 | 304.00 | 353.00 | 101.00 | 974.00 | 166.50 | 8.00 | 3,007.00 | | | | |
| 17 | May '00 | 16.00 | 350.00 | 188.00 | 333.00 | 334.00 | 13.00 | 3,033.75 | | | | |
| 18 | June '00 | 155.00 | 269.00 | 147.00 | 111.00 | 718.00 | 292.00 | 2,849.00 | | | | |
| 19 | July '00 | 48.00 | 148.00 | 112.00 | 128.00 | 895.00 | 159.00 | 2,460.00 | | | | |
| 20 | August '00 | 146.00 | 170.00 | 34.00 | 206.00 | 898.00 | 1,020.00 | 3,268.00 | | | | |
| 21 | September '00 | 28.00 | 88.00 | 66.00 | 28.00 | 592.00 | 1,097.00 | 2,040.50 | | | | |
| 22 | October '00 | 80.00 | 300.00 | 176.00 | 100.00 | 176.00 | 937.00 | 1,914.50 | | | | |
| 23 | November '00 | 80.00 | 72.00 | 56.00 | 208.00 | 379.00 | 678.00 | 1,684.00 | | | | |
| 24 | December '00 | 392.00 | 16.00 | 60.00 | 28.00 | 90.00 | 578.00 | 1,362.50 | | | | |
| 25 | January '01 | 256.00 | 0.00 | 162.00 | 60.00 | 369.00 | 141.00 | 1,358.00 | | | | |
| 26 | February '01 | 331.00 | 76.00 | 140.00 | 246.00 | 128.00 | 366.00 | 1,656.00 | | | | |
| 27 | March '01 | 317.00 | 229.00 | 241.00 | 85.00 | 134.00 | 94.00 | 1,240.00 | | | | |
| 28 | April '01 | 77.00 | 152.00 | 130.00 | 144.00 | 114.00 | 174.00 | 824.00 | | | | |
| 29 | May '01 | 38.00 | 135.00 | 135.00 | 153.00 | 135.00 | 135.00 | 731.00 | | | | |
| 30 | June '01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 418.00 | | | | |
| 31 | July '01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 288.00 | | | | |
| 32 | August '01 | 0.00 | 127.00 | 57.00 | 57.00 | 57.00 | 57.00 | 355.00 | | | | |
| 33 | September '01 | 0.00 | 15.00 | 14.00 | 14.00 | 14.00 | 14.00 | 71.00 | | | | |
| 34 | October '01 | 0.00 | 34.00 | 6.00 | 34.00 | 34.00 | 34.00 | 170.00 | | | | |
| 35 | November '01 | 0.00 | 8.50 | 7.00 | 7.00 | 7.00 | 25.00 | 54.50 | | | | |
| 36 | December '01 | 0.00 | 7.00 | 6.00 | 6.00 | 6.00 | 6.00 | 31.00 | | | | |
| 37 | January '02 | 0.00 | 3.00 | 2.00 | 0.00 | 0.00 | 0.00 | 5.00 | | | | |
| 38 | March '02 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | | | | |
| 39 | April '02 | 0.00 | 22.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22.00 | | | | |
| 40 | May '02 | 0.00 | 24.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24.00 | | | | |
| | TOTALS | 14,098.75 | 8,924.75 | 9,400.00 | 9,259.25 | 9,392.00 | 11,020.50 | 88,900.25 | | | | |