### Lucas F. Webster

**From:** Roger Jones
**Sent:** Monday, January 08, 2007 5:22 PM
**To:** Richard Wolf; r.windus@mooreandlee.com
**Cc:** Lucas F. Webster; Rick Freeman; Edward Hershon
**Subject:** RE: BELL -- Stromberg -- NIH Building 50: Trial Continued to August 6th

Richard and Bob –

As I previously informed Richard, I am not available to try any case the 2nd or 3rd week of August.

So its time to make a decision:

1. Who is going to put on the evidence for the Stromberg claim?
2. If it's me, then the trial date will have to be moved and I will enter my appearance as "special counsel for Bell with regard to the Stromberg claim."
3. If it's not going to me, then somebody should tell Stromberg who it is going to be.

This is January and I was ready to go next month. Why it got moved to August was never explained. But why it can't be moved again shouldn't be a problem since the August trial is 7 months away.

The SSM claim includes these components. Based on the position Bell has already taken with regard to the settlement mod, another question I have is what costs are in and what costs are out?

Part I – Delay /Extended Contract Performance Costs

| | |
|---|---|
| Delay Costs 1/1/00 – 8/31/00 – 243 Days | $ 354,399.85 |
| Delay Costs 9/1/00 – 4/30/01 – 241 Days | $ 351,482.98 |
| Delay Costs 5/1/01 – 10/5/01 - 157 Days | $ 228,974.39 |
| **Subtotal Delay Costs** | **$ 934,557.22** |

Part II – Labor Impact Costs

| | |
|---|---|
| Impact Costs 4/1/98 – 8/31/00 | $ 738,642.08 |
| Impact Costs 9/1/00 – 10/5/01 | $ 16,413.59 |
| **Subtotal Labor Impact Costs** | **$ 755,055.66** |

**Claimed Costs Stemming from Impact & Delay**          $1,689,912.89

I think a little 2 way communication is in order.

Thanks.

Roger C. Jones, Esq.

**Huddles Jones**
**Sorteberg & Dachille, P.C.**
Columbia Lakeside
10211 Wincopin Circle
Suite 200
Columbia MD 21044


EXHIBIT 2

9/3/2008

(301) 621-4120 ph
(301) 621-4473 fx
(410) 720-0072 ph
(410) 720-0329 fx
(443) 253-3471 cell
Ext. 21
jones@hjpc.com
www.constructionlaw.com

---

**From:** Lucas F. Webster
**Sent:** Monday, January 08, 2007 4:05 PM
**To:** Roger Jones
**Cc:** Carol M. Grove
**Subject:** RE: BELL -- Stromberg -- NIH Building 50: Trial Continued to August 6th

Roger-

Richard is going to have Bob Windus call us. But, his understanding was that the court had dates in the "late fall" or this window in August. Apparently the August date was selected, and it is a date the judge wants to hold people to. I asked if it could even be moved to the end of the month of August, and he said he did not believe it could.

Bob will be able to speak to it further, but Richard said he did not believe any adjustments of this date could be obtained.

Why aren't these guys involving us with issues like scheduling? I will let you know what I get out of Bob Windus.

Lucas

*Lucas F. Webster*
*Huddles Jones Sorteberg & Dachille, P.C.*
*10211 Wincopin Circle, Suite 200*
*Columbia, Maryland 21044*
*410-720-0072 (Balto Metro) - 410-720-0329 (fax)*
*301-621-4120 (DC Metro) - 301-621-4473 (fax)*
*E-mail: webster@hjpc.com*
*www.constructionlaw.com*

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call the sender and destroy the original message and all copies.

---

**From:** Roger Jones
**Sent:** Monday, January 08, 2007 12:50 PM
**To:** Lucas F. Webster
**Cc:** Carol M. Grove
**Subject:** FW: BELL -- Stromberg -- NIH Building 50: Trial Continued to August 6th

Lucas

I sent the email below to Richard when he advised the trial was going to be reset for 8/6/07. Would you please follow-up with him or Bob Windus to find out if they have done anything to get other dates from the Judge. The 2nd and 3rd weeks of August are off limits for me.

Thanks.

Roger C. Jones, Esq.

9/3/2008

**Huddles Jones
Sorteberg & Dachille, P.C.**
Columbia Lakeside
10211 Wincopin Circle
Suite 200
Columbia MD 21044
(301) 621-4120 ph
(301) 621-4473 fx
(410) 720-0072 ph
(410) 720-0329 fx
(443) 253-3471 cell
Ext. 21
jones@hjpc.com
www.constructionlaw.com

---

**From:** Roger Jones
**Sent:** Friday, December 22, 2006 4:04 PM
**To:** 'Richard Wolf'
**Subject:** RE: BELL -- Stromberg -- NIH Building 50: Trial Continued to August 6th

Richard

I absolutely can not do any trial the 2nd or 3rd week of August (i.e. the week of August 6th and 13th). Does the judge have any other dates he can offer up?

Thanks.

Roger C. Jones, Esq.

**Huddles Jones
Sorteberg & Dachille, P.C.**
Columbia Lakeside
10211 Wincopin Circle
Suite 200
Columbia MD 21044
(301) 621-4120 ph
(301) 621-4473 fx
(410) 720-0072 ph
(410) 720-0329 fx
(443) 253-3471 cell
Ext. 21
jones@hjpc.com
www.constructionlaw.com

---

**From:** Richard Wolf [mailto:r.wolf@mooreandlee.com]
**Sent:** Friday, December 22, 2006 11:48 AM
**To:** Roger Jones; Lucas F. Webster; Edward Hershon
**Subject:** BELL -- Stromberg -- NIH Building 50: Trial Continued to August 6th

Gentlemen:

Due to a scheduling conflict in another matter, the NIH Building 50 trial has been continued to August 6, 2007. I will let you know when we receive a revised Pretrial Order. Best regards.

Very truly yours,

Richard O. Wolf
MOORE & LEE, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia 22102-4225
Telephone: (703) 506-2050
Facsimile: (703) 506-2051
E-mail: r.wolf@mooreandlee.com
Website: www.mooreandlee.com

---

Confidentiality Notice: The information contained in this email and any attachments may be legally privileged, confidential and/or otherwise exempt from disclosure and is intended only for the recipient named above. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify the sender and permanently delete the email and any attachments immediately. You should not retain, copy or use this email or any attachment for any purpose, nor disclose all or any part of the contents to any other person.

IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations, we advise you that any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.

9/3/2008