## Lucas F. Webster

**From:** Lucas F. Webster
**Sent:** Thursday, August 02, 2007 4:32 PM
**To:** Roger Jones; Nicole Campbell; Carol M. Grove
**Cc:** 'Wincy Casserly'
**Subject:** Bell-BCI/NIH 50 - TRIAL IS CONTINUED TO OCTOBER 15

All-

Windus just called me. Apparently Mr. Bell was diagnosed with an aggressive form of cancer on Friday. He is undergoing chemotherapy and will not be able to attend the trial of this case next week.

The court held a conference call on it this afternoon, and the conclusion was to postpone the trial to October 15, 2007.

The case is OFF for Monday, August 6.

Lucas

*Lucas F. Webster*
*Huddles Jones Sorteberg & Dachille, P.C.*
*10211 Wincopin Circle, Suite 200*
*Columbia, Maryland 21044*
*410-720-0072 (Balto Metro) - 410-720-0329 (fax)*
*301-621-4120 (DC Metro) - 301-621-4473 (fax)*
*E-mail: webster@hjpc.com*
*www.constructionlaw.com*

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call the sender and destroy the original message and all copies..

EXHIBIT 3