**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| *for the use and benefit of* | ) | |
| **STROMBERG METAL WORKS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. L 02 CV 3188** |
| | ) | |
| **BELL BCI COMPANY, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF FILING OF LENGTHY EXHIBIT**

Exhibit 4, which is an attachment to Plaintiff's Reply to Bell BCI's Opposition to Motion to Reopen Case and Lift Stay exists only in paper format and is 15 pages or longer. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

Respectfully submitted

\s\ *Nicole L. Campbell*
Nicole Lefcourt Campbell, Bar No. 14425
Huddles Jones Sorteberg & Dachille, P.C.
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044
Telephone (301) 621-4120
Facsimile (301) 621-4473
Email: campbell@hjpc.com
Counsel for Plaintiff

Dated: September 5, 2008

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __5th__ day of September, 2008, a copy of the foregoing Notice of Filing of Lengthy Exhibit was mailed, postage prepaid, to:

> Richard O. Wolf, Esquire
> Moore & Lee, LLP
> 1750 Tysons Boulevard, Suite 1450
> McLean, Virginia 22102
> r.wolf@mooreandlee.com

\s\ Nicole Lefcourt Campbell

2