UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *for the use and benefit of* **STROMBERG METAL WORKS, INC.,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | Civil Action No. L 02 CV 3188 |
| **BELL BCI COMPANY, et al.** | ) ) ) | |
| **Defendants.** | ) | |

**NOTICE OF FILING OF LENGTHY EXHIBIT**

Exhibit 4, which is an attachment to Plaintiff's Reply to Bell BCI's Opposition to Motion to Reopen Case and Lift Stay exists only in paper format and is 15 pages or longer. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

                                                           Respectfully submitted

                                                 \s\ *Nicole L. Campbell*
                                        Nicole Lefcourt Campbell, Bar No. 14425
                                        Huddles Jones Sorteberg & Dachille, P.C.
                                        10211 Wincopin Circle, Suite 200
                                        Columbia, Maryland 21044
                                        Telephone (301) 621-4120
                                        Facsimile (301) 621-4473
                                        Email: campbell@hjpc.com
                                        Counsel for Plaintiff

Dated: September 5, 2008

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the  5th   day of September, 2008, a copy of the foregoing Notice of Filing of Lengthy Exhibit was mailed, postage prepaid, to:

>Richard O. Wolf, Esquire
>Moore & Lee, LLP
>1750 Tysons Boulevard, Suite 1450
>McLean, Virginia 22102
>r.wolf@mooreandlee.com

>\s\ Nicole Lefcourt Campbell